# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PRIMOS STORAGE TECHNOLOGY LLC

Plaintiff,

v.

AMAZON.COM, INC., and
AMAZON WEB SERVICES, INC.

Defendants.

Civil Action No.

JURY TRIAL DEMANDED

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Primos Storage Technology LLC ("Primos Storage") files this Complaint against Defendants Amazon.com, Inc. ("Amazon.com") and Amazon Web Services, Inc. ("AWS") (collectively "Amazon"), and in support thereof alleges as follows:

## NATURE OF THE ACTION

1.     Primos Storage's founder, Robert Cousins, is a lifelong innovator and entrepreneur. It all started with the founding of his first technology company back when he was an engineering student at the University of Texas at Austin.  Since then, Mr. Cousins has served as founder, chief technology officer, or engineering vice president at many technology companies, including Saratoga Data Systems and AIM Technologies.  He has also advised or developed core technologies for numerous companies, ranging from start-ups (Zynga, AdKnowledge, Corefact, BeVocal, StorCard, UntangledNetworks, Vendio) to Fortune 500 companies (Oracle, Sun Microsystems, Cirrus Logic, Nokia).  And he has been awarded more than 30 patents along the way.  His extensive work as an innovator and entrepreneur was recognized when he was named the 2020 Silicon Valley Inventor of the Year.

1

2.      Mr. Cousins is the inventor of the Primos Storage patents at issue in this case.  The technologies he invented are critical to the success of AWS's cloud services offerings and the many Amazon businesses that rely on them, including the Amazon.com marketplace.  For instance, AWS's premier data storage service, Amazon S3, provides fast data access "for virtually any use case," while simultaneously enabling customers to "preserve, retrieve, and restore every version of every object stored."[1]  This combination of speed and seamless version control is enabled by Primos Storage's patented transaction-based storage technologies, which meld together various data storage techniques—such as transaction logging and striping—into a novel file management system that is perfectly suited for massive cloud-based storage products such as Amazon S3.

3.      As another example, Amazon S3 stores hundreds of trillions of data files while guaranteeing 99.999999999% durability—meaning that a customer storing 10 thousand files in Amazon S3 should expect to lose one file every 10 million years.[2]  Amazon S3 achieves this extremely high level of durability by redundantly storing data across millions of hard disks.[3]  In doing so, it leverages Primos Storage's patented data coding technologies, which cut the amount of data that must be stored in half (or more) while providing any level of data durability.[4]  This reduces the number of hard drives Amazon S3 requires by millions and saves Amazon an estimated

---

[1] *See* Ex. 6, *Storage Classes Infographic*, AWS, 2, https://aws.amazon.com/s3/storage-classes-infographic/ (last visited Oct. 31, 2025); Ex. 7, *Retaining multiple versions of objects with S3 Versioning*, AWS, https://docs.aws.amazon.com/AmazonS3/latest/userguide/Versioning.html (last visited Oct. 31, 2025).

[2] *See* Ex. 8, Stanislav Kozlovski, *Behind AWS S3's Massive Scale*, HIGH SCALABILITY, 13, https://highscalability.com/behind-aws-s3s-massive-scale/ (last visited Oct. 31, 2025).

[3] *See id.*, at 7-8.

[4] *See* Ex. 9, *Introduction to HDFS Erasure Coding in Apache Hadoop*, CLOUDERA, 1, (Sept. 23, 2015), https://www.cloudera.com/blog/technical/introduction-to-hdfs-erasure-coding-in-apache-hadoop.html.

50% in overall data storage infrastructure costs, all while maintaining the speed, scalability, reliability, and data availability that Amazon's customers have come to expect. Many other AWS services similarly rely on Primos Storage's patented innovations, including Apache Hadoop on Amazon EMR, Amazon EBS, and Amazon FSx for Lustre.

4.      The patent system is designed to incentivize innovation and the free flow of ideas by granting inventors exclusive rights to their inventions for a limited period in exchange for disclosing how their technologies work to the public. Patent rights serve not only to reward individual ingenuity but also to foster a competitive marketplace based on innovation rather than sheer financial strength. In this way, the system helps ensure that technological progress and fair competition are driven by creativity, merit, and lawful innovation, rather than by corporate scale, market dominance, or the exploitation of the work of others.

5.      Amazon has known about Primos Storage's patents for years. Yet Amazon has continued to make extensive, unauthorized use of its patented technologies without seeking permission or providing compensation. The patent system exists to protect inventors like Mr. Cousins. This case is about ensuring that the rights of innovators are acknowledged and respected.

## THE PARTIES

6.      Primos Storage is a privately-held California limited liability corporation with its principal place of business at 14330 Cordwood Ct., Saratoga, CA 95070. Primos Storage specializes in developing technology to address the challenges of large-scale data storage systems. It focuses on making computing systems and databases fast, secure, reliable, scalable, and affordable. It was founded by Robert Cousins, who is also the inventor of the patented inventions. Primos Storage owns the patents asserted in this case.

7.    Amazon.com is a publicly traded corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 410 Terry Avenue North, Seattle, WA 98109.  Since 1996, Amazon.com has been incorporated in Delaware. Amazon.com does business across the United States, including in the State of Delaware and in the District of Delaware.

8.    AWS is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business at 440 Terry Avenue North, Seattle, Washington 98109.  Since 2006, AWS has been incorporated in Delaware.  AWS does business across the United States, including in the State of Delaware and in the District of Delaware.

9.    On information and belief, AWS is a subsidiary of Amazon.com, and the two companies are heavily intertwined, including with respect to the products accused herein of infringing Primos Storage's patents.  AWS is "a development platform for technical innovations that run through Amazon's operations" and is how Amazon.com "exports innovations it develops in its commerce operations to outside consumers of cloud computing."[5]  "AWS infrastructure [] supports Amazon logistics . . . not to mention nearly all of Amazon's other operations."[6]

## JURISDICTION AND VENUE

10.    This is an action for patent infringement arising under the patent laws of the United States.  This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

---

[5] *See* Ex. 10, Tiernan Ray, *Why Amazon Should Issue a Tracking Stock for Its Cloud Division*, THESTREET, 5, (Jan. 3, 2019), https://www.thestreet.com/investing/amazon-should-issue-tracking-stock-for-aws-14822389.

[6] *See* Ex. 11, Katherine Anne Long, *In the 15 Years since its launch, Amazon Web Services transformed how companies do business*, SEATTLE TIMES, 3, (Mar. 13, 2021), https://www.seattletimes.com/business/amazon/in-the-15-years-since-its-launch-amazon-web-services-has-transformed-how-companies-do-business/.

11.    This Court has personal jurisdiction over Defendants because they are incorporated in the State of Delaware and maintain a registered agent in Delaware.  This Court has personal jurisdiction over Defendants also because they conduct extensive business in and have committed acts of patent infringement in this District, and has established minimum contacts with this forum state such that the exercise of jurisdiction over Amazon would not offend traditional notions of fair play and substantial justice.

12.    Amazon advertises that it has invested over $9.1 billion in Delaware since 2010, including building infrastructure in Delaware and compensating employees in Delaware.  Amazon has hired at least 9,500 employees in Delaware.  Amazon credits its investments with adding over 5,500 indirect jobs in Delaware and over $7.6 billion to Delaware's GDP.  Amazon's investments in Delaware include 4 Fulfillment Centers, 3 Delivery Stations, 1 on-site solar location, and 2 solar farms.[7,8]

13.    Upon information and belief, Amazon, directly and/or through subsidiaries or intermediaries, transacts substantial business with entities and individuals in the State of Delaware and this District by, among other things, designing, using, offering to sell, distributing, and selling products that infringe the patents-in-suit, as well as by providing service and support to customers of infringing products in this District, and/or inducing others to commit acts of patent infringement in this District.

14.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400 because Amazon.com and AWS are both incorporated in Delaware, and because they have committed acts

---

[7] *See* Ex. 12, *How Amazon is investing in the US*, AMAZON, https://www.aboutamazon.com/investing-in-the-u-s (last updated May 23, 2025).

[8] *See* Ex. 13, *Amazon's economic impact in the US*, AMAZON (Feb. 7, 2025) https://www.aboutamazon.com/news/policy-news-views/amazons-economic-impact-in-the-us.

of infringement in this District.  Moreover, upon information and belief, Amazon has regular and established places of business in this District.  For example, Amazon operates at least four Fulfillment Centers in this District, including at least at 1025 Boxwood Rd., Wilmington, DE 19804; 1 Centerpoint Boulevard, New Castle, DE 19720; and 560 Merrimac Avenue, Middletown, DE 19709-4652; 820 Federal School Ln, New Castle, DE 19720.

### THE PRIMOS STORAGE PATENTS-IN-SUIT

**A.     Transaction-Based Storage Patents: 7,386,663, 7,937,528, and 10,599,344**

15.     U.S. Patent No. 7,386,663 ("the '663 patent") was filed on May 13, 2004 and issued on June 10, 2008.  U.S. Patent No. 7,937,528 ("the '528 patent") was filed October 6, 2009 and issued May 3, 2011.  U.S. Patent No. 10,599,344 ("the '344 patent") was filed on May 7, 2018 and issued on March 24, 2020.  The '663, '528, and '344 patents share a common specification and are collectively referred to as "the Transaction-Based Storage Patents."[9]  The patents are each titled "Transaction-Based Storage System and Method that Uses Variable Sized Objects to Store Data."  Primos Storage owns all rights and title to the Transaction-Based Storage Patents.

16.      Beginning in the 1990s, digital data storage needs were growing exponentially.  This was due to the growing amount of content available on the Internet, and because businesses and governments were collecting, storing, and managing increasingly larger data sets.  Consumers and businesses also began to expect data access to be fast, cheap, and available 24/7.

17.      By the early 2000s, several technologies had emerged to tackle the problems associated with managing vast amounts of data.  But data storage systems back then could not yet achieve the combinations of speed, scalability, reliability, security, and affordability that were

---

[9] The '663, '528, and '344 patents are attached as Exhibits 1, 2, and 3, respectively.  All specification citations are to the '663 patent, though all patents have corresponding disclosures.

needed for cloud-based storage to truly take off.

18.    A major reason why not was the limitations of then-existing file systems.  A file system is the software that organizes and stores data files.  At that time, file systems were designed for managing files on personal computers or a small network of computers.[10]  They were not optimized for environments where data needed to be redundantly stored across thousands (if not millions) of hard drives dispersed all over the country and with a random subset failing regularly, all while serving millions of requests to store and retrieve data per second, and without any breaks in service for maintenance.[11]

19.    Mr. Cousins—a pioneer in the distributed computing and storage space—saw where the industry was heading and developed a file system for the era of cloud computing.

20.    In the early 2000s, file systems were typically block-oriented, meaning that they stored data files in uniform, fixed-sized blocks (e.g., 4 KB).[12]  In block-oriented systems, when data files are modified, the blocks corresponding to the data files are located on the physical data storage disks and overwritten in place.  This approach is inherently slow.  The fastest way to write to a disk is to write a large chunk of data all in a row, i.e., sequentially.[13]  But in block-oriented file systems, because changes to files are made to the specific blocks where each file was previously written, writes are often small and scattered across the disk.  This causes writing (and reading) data to take longer.  The problem only gets worse the longer the system is used, because once the disk fills up, new files are written wherever deleted old files happen to have been.  Over time, writes and reads become even more dispersed across the disk, and thus even slower.

---

[10] *See* Ex. 1, '663 patent, at 1:14-20, 4:1-11, Figs. 1-2, 5.

[11] *See id.*

[12] *See id.* at 4:4-23.

[13] *See id.* at 4:38-40.

21.     Block-oriented file systems also do not recover quickly from crashes.  They do not durably store the metadata associated with recent transactions (e.g., write, delete, and update requests), so when the system reboots, the file system often has an inaccurate view of the state of the data (e.g., where each file is stored, and which version of a file is the most recent).[14]  The system tries to identify and reconcile inconsistencies by scanning all the blocks in the data storage system and checking them against the file system's understanding of the stored data.[15]  But this process takes hours for even a small database—during which the system is offline—and can take days or much longer for large data sets.

22.     Some file systems sought to address some of the deficiencies of block-oriented file systems.  For instance, the concept of "journaling" was introduced to assist with crash-recovery.[16]  Journaling involves maintaining a log of requested changes to the file system (e.g., to add, delete, or modify files); said another way, a journal is "effectively a recipe for changing the file system from its current state to the proper state with the changes made."[17]  Because file system updates are written on memory to the journal before effecting the changes in-place to the corresponding data blocks, when a crash occurs, the system can simply read the journal and identify any system requests made soon before the crash that had not been recorded in the blocks.[18]  Journaling file systems, however, were still block-oriented file systems.  They therefore suffered from many of the same speed-related drawbacks as conventional block-oriented storage.[19]  And journaling negatively impacted system performance by increasing the number of operations for each

---

[14] *See id*. at 18:28-33.

[15] *See id*.

[16] *See id*. at 4:24-43.

[17] *See id*.

[18] *See id*.

[19] *See id*.

transaction (*i.e.*, the system had to write to the journal and to the blocks).

23.    "Transaction Logging" file systems took a different approach to file management.[20] Unlike block-oriented storage file systems (and journaling file systems), log-based systems do not overwrite blocks in-place.[21]  Instead, the entire filesystem can be viewed as a log, and new data and/or metadata can be written sequentially wherever there is available data storage.[22]  By writing sequentially and wherever is most efficient, logging enables improved write performance, while maintaining the efficient crash recovery benefits of journaling.  Even so, transaction logging systems were not sufficiently suited for large scale, distributed data storage systems with a limitless number of randomly failing disks.

24.    Another relevant technology from that time was RAID, which stands for Redundant Array of Independent Disks.[23]  RAID is not a file system.[24]  It is instead a family of techniques that use two or more data storage disks to achieve performance improvements beyond what is typically possible with a single, even high performance, disk.[25]  These techniques include: (1) "striping," which involves writing data files across multiple disks simultaneously to increase read and write speed; (2) "mirroring," which means storing the same data on two or more disks, thereby enabling the system to keep functioning when a disk fails; and (3) "parity," which involves creating and storing on one or more disks special parity data that provides system fault tolerance and a means to recover data that was on a failed disk.[26]  RAID storage was generally connected to a

---

[20] *See id.* at 4:44-50.

[21] *See id.*

[22] *See id.*

[23] *See id.* at 1:21-38.

[24] *See id.*

[25] *See id.*

[26] *See id.* at 1:39-3:54, Figs. 2-5.

single computer system, and though it consisted of two or more disks, was viewed by the file system as a single logical storage unit.[27]  This reflected the fact that file systems in the early 2000s were designed for storing data on a single disk.[28]

25.    Mr. Cousins recognized that certain features of transaction logging and RAID could be combined to create a novel file system that was optimized for large-scale data storage systems.[29] He saw that transaction logging's already fast writes would be supercharged by incorporating them into a system that writes using stripes.[30]  Also, the file system's durability could be greatly increased by striping not just across a traditional set of RAID disks connected to a single processor, but across any set of disks connected to any set of processors, so long as they are connected to the same network.[31] Mr. Cousins then developed the core infrastructure for his new distributed storage file system, including a mapping component that flexibly tracks the physical location of the data corresponding to each file, a rank manager that configures and manages each set of striped disks, a stripe space table that tracks the usage of stripes, and software that coordinates across all these components to efficiently log all the system's transactions.[32]

26.    Mr. Cousins did not stop there.  He developed many additional features and functionalities to further improve his file system, such as: a buffer for writing stripes faster and more efficiently; the ability to process multiple stripe buffers at the same time; a copy forward operation to recoup unused memory on stripes and drives to maintain the system's speed and efficiency; emulation of common data storage abstractions, such as a hierarchical file structure or

---

[27] *See id*. at 1:26-27, Fig. 5.

[28] *See id*.

[29] *See id*. at 3:55-64, 4:51-67, 5:1-36, 6:47-7:22, 25:42-26:30.

[30] *See id.* at 4:51-59.

[31] *See id.* at 6:47-7:22, 8:29-61.

[32] *See, e.g.*, *id.* at 5:1-36, 9:42-16:27.

a key-value store; efficient compression and encryption of stored files; the ability to traverse the log to view previous versions of files; and various algorithms for optimizing when and where data is written, updated, and accessed.[33]

27.    In sum, the claimed inventions of the Transaction-Based Storage Patents overcome the limitations of conventional block-oriented, journaling, and log-structured file systems by providing variable-sized object storage written sequentially in a transaction log across any number of disks.[34]  This approach delivers high write throughput, increased parallel read performance, and undivided object updates that enhance reliability.[35]  It supports self-healing and recovery from disk failures without lengthy scans, enables undeletion and versioning by retaining prior objects, and allows fast data restoration from checkpoints.[36]  The inventions further offer dynamic storage expansion by accommodating disks of differing geometries, improved capacity by efficiently aggregating large numbers of drives, and superior storage utilization by eliminating block padding waste and reducing cleaning overhead.[37]  Collectively, these advantages provide a scalable, reliable, and high-performance file system and computer architecture that is suited for cloud-based data storage.[38]

### B.    Data Coding Patents: 8,078,944 and 8,312,356

28.    U.S. Patent No. 8,078,944 ("the '944 Patent") was filed on April 21, 2008 and issued on December 13, 2011.  U.S. Patent No. 8,312,356 ("the '356 patent") was filed on October 29, 2009 and issued on November 13, 2012.  The '944 and '356 patents are referred to

---

[33] *See, e.g.*, *id.*; *see also id.* at claims 1-61.

[34] *See id.* at 3:55-64, 4:51-67, 5:1-36, 6:47-7:22, 25:42-26:30.

[35] *See id.*

[36] *See id.*

[37] *See id.*

[38] *See id.*

collectively as "the Data Coding Patents."[39]  The patents are both titled "Systems, Methods and Computer Program Products Including Features for Coding and/or Recovering Data."  Primos Storage owns all rights and title to the Data Coding Patents.

29.    Ensuring that digital data is not lost has always been of paramount importance.  And discovering a way to prevent data loss that is affordable and does not compromise performance was a prerequisite for the eventual success of cloud-based data storage platforms.

30.    Back in the mid-2000s, before the widespread use of cloud systems, it was very expensive to achieve even limited levels of data durability.  The crux of the problem was that hard drives failed frequently—5% of hard drives failed in their first year of operation, and drives that lasted 3 years had an 11% chance of failing every year thereafter.[40]

31.    Given the challenge of constantly failing drives, one way to prevent data loss was through replication, which involved storing copies of the same data on multiple hard drive disks.[41] The more copies you had, the less likely it was that data would be lost.  For instance, if you stored the same data on four separate disks, up to three disks could fail before any original data was lost. Any level of data durability could thus be achieved simply by adjusting the number of copies of the data.

---

[39] The '944 and '356 patents are attached as Exhibits 4 and 5, respectively.  All specification citations are to the '944 patent, though both patents have corresponding disclosures.

[40] *See* Ex. 73, *How Long Do Hard Drives Last? Lifespan and Signs of Failure*, PROSOFT ENGINEERING, 1, (Sept. 15, 2020)  https://www.prosofteng.com/blog/how-long-do-hard-drives-last#:~:text=A%20Hard%20Drive's%20Life%20Span&text=A%20compelling%20study%20that%20proved,than%20Seagate's%20in%20Backblaze's%20study.&text=Here's%20an%20infographic%20rate%20based,five%2Dyear%20warranties%20or%20longer.

[41] *See* Ex. 44, *HDFS Erasure Coding*, APACHE HADOOP, 1, https://hadoop.apache.org/docs/stable/hadoop-project-dist/hadoop-hdfs/HDFSErasureCoding.html (last updated Aug. 20, 2025).

32.     But replication is expensive.  Replicating data across four disks requires four times the hard drive costs and approximately four times the infrastructure costs (e.g., the costs of installing, powering, maintaining, networking, and managing the drives).[42]  Replication is thus an effective but pricey solution.

33.     Another known way to increase the durability of data was to create and store special parity data using certain RAID techniques.[43]  Using parity data was more cost-effective than replication because it required fewer drives.[44]  But back in the mid-2000s, there were limits on the level of durability that could be achieved with parity techniques.[45]  Also, RAID systems were connected to a single computer system, which meant that any data stored with RAID was rendered inaccessible if other parts of the computer system it was connected to (e.g., the processor or network communication) failed.[46]  Thus, neither replication nor parity adequately addressed the challenge of durably and economically storing data while maintaining 24/7 accessibility.

34.     Mr. Cousins developed a data storage system that addressed the deficiencies of prior systems and met the needs of modern cloud data storage.  His patented systems leverage Galois field operations and a generator matrix to enable data to be stored with any level of durability while costing a fraction of the costs of replication-based data storage systems.[47]  For instance, a data file can be divided into W data streams, which are then transformed using Galois finite field arithmetic into H output data streams (where H is a number larger than or equal to W).[48]

---

[42] *See id.*

[43] *See* Ex. 4, '944 patent, at 1:20-47.

[44] *See* Ex. 1, at 1:21-3:54, Fig. 3.

[45] *See id.*

[46] *See id.*, at Fig. 5.

[47] *See* Ex. 4, at 1:49-2:17, claim 1.

[48] *See id.*

Following the transformation, any W of the output data streams can be used to recreate the original data file.[49]  So, if each of the H output streams are stored on separate drives, then up to H minus W drives can fail without the data file being lost.  For example, if W=6 and H=9, then up to three drives can fail.  But while replication would require storing three additional copies of the data file (or 300% more data) to achieve the same level of data durability, Mr. Cousins' technique requires just 50% additional data (the original file was divided into 6 data streams that were then transformed into 9 data streams of the same size).

35.    Mr. Cousins made many additional innovations that improved the system's performance in real-world conditions.  As one example, Mr. Cousins realized that the Galois field transformations could be performed much faster if the computers performed the operations in a way that created H-sized intermediaries that were then added together.[50]  More specifically, he modified the computers so that they first multiplied portions of the input streams with the generator matrix to produce an intermediate result that has a width H.[51]  The components of the H-sized intermediary would then be added together—which in the Galois context meant performing an XOR operation.[52]  Having the computer system perform the transformation in this way was a sharp departure from what had previously been done,[53] and made the transformation much faster because: (1) computer systems are capable of performing the XOR operation incredibly fast; (2) specialized processors can perform many XOR operations in parallel, making the calculation even faster; and (3) the multiplication step that creates the H-sized intermediaries can also be performed

---

[49] *See id.*

[50] *See id.*, at 6:11-20, 7:31-8:49, 17:50-67, 18:1-56, Figs. 4-7, 12.

[51] *See id.*

[52] *See id.*

[53] *See id.*; *see also id.*, at 3:57-4:4.

more quickly than otherwise possible, such as through the use of multiplication tables or Fast Fourier Transform tables.[54]

36.     As another example, Mr. Cousins realized that additional protection was needed to safeguard the integrity of the stored data.  The ones and zeros stored in memory that represent data—referred to as "bits"—are prone to flipping from one state to the other (e.g., from a one to a zero).[55]  If this happens, then the data retrieved from storage could be inaccurate, corrupted, or entirely unusable.[56]  This possibility is exacerbated in the context of Mr. Cousins' coding technology, where mathematical relationships must be maintained for the transformations to work.

37.     Mr. Cousins realized that the precise and persistent use of error-checking values, often called checksums, could be used to prevent data from deteriorating in this way.[57]  Checksums are a technique for efficiently detecting whether any bits in a data file have flipped.  Creating a checksum can involve, for example, generating a "hash" that serves as a fingerprint for the underlying bits in a file.[58]  A file's checksum can be generated periodically, and if it is not identical to the initially created hash, then you know the file has changed.  Mr. Cousins determined that checksums should be frequently used alongside his data coding storage system, including (1) on data files and input data streams before they are coded, to ensure that the coding process begins with unaltered data; (2) on any intermediaries created during the transformation process, to ensure that the data remains uncorrupted during the data coding; and (3) on the output data streams, so

---

[54] *See id.*, at 6:11-20, 7:31-8:49, 17:50-67, 18:1-56, Figs. 4-7, 12.

[55] *See id.*, at 5:34-36, 6:34-39, 11:36-50, 15:1-7.

[56] *See id.*

[57] *See id.*

[58] *See id.*

that any corruption of stored data can be detected and remedied without disrupting the system's operations.[59]  Without this technique, system performance can decline precipitously.

38.     Additional improvements that Mr. Cousins invented include coding the data such that no original data can be accessed or recovered without at least W of the output data streams, recovering output data streams without revealing any of the input data, transmitting output data streams via multiple paths to increase transmission bandwidth, and encrypting the data by scrambling the input data or inserting random data into the output streams.[60]

39.     All in all, the claimed inventions of the Data Coding Patents improve on what came before by enabling a data storage system that provides any level of data durability at a much lower cost.  The system transforms data by creating H-sized intermediaries and with checksums, making the process extremely fast, secure, reliable, and scalable.

## ACCUSED PRODUCTS

### A.    Transaction-Based Storage Patents Accused Products

40.     The "Transaction-Based Storage Patents Accused Products" refers to all Amazon.com and AWS products, services, and instrumentalities that write data using stripes and implement transaction logging.  This includes, for example, Amazon S3, Hadoop Distributed File System (HDFS) (including Apache Hadoop on Amazon EMR), computing instances running XFS (including EC2 instances and Amazon EBS), and Lustre (including Amazon FSx for Lustre).

41.     Amazon Simple Storage Service ("Amazon S3") is and was an object-based data storage service that Amazon markets as providing industry leading durability, availability,

---

[59] *See id.*

[60] *See id.*, at 10:4-59, 12:21-41, 13:18-14:67, 15:44-53, claims 1-42.

performance, security, and virtually unlimited scalability at very low costs.[61]  Amazon describes S3 as "storage for the internet" and states that it can be used to "store, manage, analyze, and protect any amount of data for virtually any use case, such as data lakes, cloud-native applications, and mobile apps."[62]  According to AWS, S3 allows customers to store any amount of data, "from a minimum of 0 bytes to a maximum of 5 TB" per object and is designed to offer 99.99% data availability, 99.999999999% data durability, and strong read-after-write consistency.[63]

42.    Amazon S3 implements versioning, which maintains a persistent log of every version of each stored object and any change made to that object.  AWS explains that versioning "allows you to preserve, retrieve, and restore every version of every object stored in your [Amazon S3] buckets," and that deleted or overwritten objects can be restored.[64]

43.    Amazon S3 also employs striping techniques to enhance performance and scalability.  Amazon S3 stores data objects across arrays of storage devices, organized into groups of servers.[65]  Data objects are divided and distributed across multiple servers within these arrays.[66]  This architecture allows data to be written and retrieved in parallel across multiple disks, substantially increasing throughput and reducing latency for large-scale workloads.[67]

---

[61] *See* Ex. 14, *Amazon S3*, AWS, 1, https://aws.amazon.com/s3/ (last visited Oct. 31, 2025).

[62] *See* Ex. 15, *Amazon Simple Storage Service Documentation*, AWS, https://docs.aws.amazon.com/s3/ (last visited Oct. 31, 2025).

[63] *See* Ex. 16, *Amazon S3 FAQs*, AWS, 1, https://aws.amazon.com/s3/faqs/?nc=sn&loc=7 (last visited Oct. 31, 2025).

[64] *See* Ex. 7.

[65] *See* Ex. 18, *Mastering Amazon S3: Deep Dive into Durability, Performance, Cost Management, and Security*, at 9:53, (AWS, Nov. 22, 2024), https://aws.amazon.com/awstv/watch/65acaf1dec0/.

[66] *See id.*

[67] *See id.*

44.     Apache Hadoop is and was an open-source framework for distributed storage and large-scale data processing.[68]  One component of Hadoop is the Hadoop Distributed File System ("HDFS"), which provides the storage layer for processing massive datasets across clusters of servers.[69]  HDFS enables organizations to store and process data reliably at scale by distributing and storing multiple copies of data on different instances for fault tolerance.[70]

45.     Amazon offered and offers Hadoop through its Elastic MapReduce ("EMR") service, which integrates the same core HDFS technology used in the open-source version with Amazon's scalable, cloud-based infrastructure.[71]  On information and belief, Amazon's implementation of HDFS within EMR functions substantially the same as open-source HDFS, providing distributed, fault-tolerant storage for data-intensive workloads.[72]  According to Amazon, EMR provides a managed Hadoop framework that allows users to automate cluster provisioning, scaling, and data replication.[73]

46.     HDFS implements a write-ahead log, which records each modification to the file system, including file creation, deletion, and updates, as discrete transactions.[74]  This log ensures

---

[68] *See* Ex. 19, *What is Hadoop?*, AWS, 1, https://aws.amazon.com/what-is/hadoop/ (last visited Oct. 31, 2025).

[69] *See* Ex. 20, *Apache Hadoop on Amazon EMR*, AWS, 2, https://aws.amazon.com/emr/features/hadoop/ (last visited Oct. 31, 2025).

[70] *See* Ex. 21, *Amazon EMR architecture and service layers*, AWS, 1, https://docs.aws.amazon.com/emr/latest/ManagementGuide/emr-overview-arch.html (last visited Oct. 31, 2025).

[71] *See* Ex. 20, at 1-2.

[72] *See* Ex. 22, *Amazon EMR release 7.10.0*, AWS, 1, 5, https://docs.aws.amazon.com/emr/latest/ReleaseGuide/emr-7100-release.html (last visited Oct. 31, 2025).

[73] *See* Ex. 20, at 1-2.

[74] *See* Ex. 23, *HDFS Architecture*, APACHE HADOOP, 1-2, 4-5 (Oct. 9, 2024), https://hadoop.apache.org/docs/r3.4.1/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html.

that filesystem changes are durably recorded and can be replayed to restore the system's state after a crash or failure.[75] HDFS also supports snapshots that create point-in-time copies of the file system for disaster recovery and version control.[76]

47.    HDFS also employs striping to achieve high throughput and scalability. Files stored in HDFS are split into blocks of data which are written in a distributed manner across multiple data storage units.[77] Each block is replicated or encoded across data storage units, enabling parallel read and write operations across multiple data storage units.[78] By writing and reading data in parallel across multiple data storage units, striping allows HDFS to achieve significantly higher throughput than file systems limited to reading and writing from a single data storage unit.[79]

48.    XFS is and was an open-source high-performance journaling Linux file system that was designed for high scalability and provides near native read and write performance even when the file system spans multiple storage devices.[80] XFS stores data objects using transaction logging techniques.[81]

---

[75] *See id.*, at 4-5.

[76] *See* Ex. 24, *HDFS Snapshots*, APACHE HADOOP, 1, (Oct. 9, 2024), https://hadoop.apache.org/docs/r3.4.1/hadoop-project-dist/hadoop-hdfs/HdfsSnapshots.html.

[77] *See* Ex. 23, at 2.

[78] *See id.*

[79] *See* Ex. 25, Donal Tobin, *The Ultimate Guide to HDFS for Big Data Processing*, INTEGRATE.IO, 4, (Aug. 22, 2023), https://www.integrate.io/blog/guide-to-hdfs-for-big-data-processing/.

[80] *See* Ex. 26, *XFS High Performance Scalable File System*, ORACLE, https://www.oracle.com/linux/technologies/xfs-overview.html (last visited Oct. 31, 2025).

[81] *See* Ex. 27, *XFS Logging Design*, THE LINUX KERNEL, 1-3, 7, https://www.kernel.org/doc/html/v6.6/filesystems/xfs-delayed-logging-design.html (last visited Oct. 31, 2025).

49.     Amazon Elastic Compute Cloud ("Amazon EC2") is and was a product providing "on-demand, scalable cloud computing capacity on the AWS Cloud."[82]  Amazon EC2 allows users to launch an EC2 instance with a customized balance of resources including compute, memory, network, and storage resources.[83]  Amazon EC2 provides persistent storage volumes for user data using Amazon Elastic Block Store ("Amazon EBS").[84]  On information and belief, Amazon EBS stores data objects, such as blocks of data, using XFS.[85]

50.     On information and belief, EC2 instances running XFS store data objects in stripes across multiple hard drives using software-implemented RAID or an equivalent.[86]  In this way, Amazon explains that EC2 is able to offer data storage that is "ten times more reliable than typical commodity disk drives."[87]  Amazon also states that, by storing data objects in stripes across multiple drives, EC2 is able to provide higher speed read and write performance than without striping.[88]

51.     Lustre is and was "an open-source, distributed parallel file system software platform designed for scalability, high-performance, and high-availability."[89]  Lustre is

---

[82] *See* Ex. 28, *What is Amazon EC2?*, AWS, 1, https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/concepts.html (last visited Oct. 31, 2025).

[83] *See id.*

[84] *See id.*

[85] *See* Ex. 29, *Amazon Linux 2 default filesystem has switched to XFS???*, AWS (May 25, 2020), https://repost.aws/questions/QUv5Lq5XuaRR-ahmWdfgbY3w/amazon-linux-2-default-filesystem-has-switched-to-xfs.

[86] *See* Ex. 30, *Amazon EBS and RAID configuration*, AWS, 1, https://docs.aws.amazon.com/ebs/latest/userguide/raid-config.html (last visited Oct. 31, 2025).

[87] *See id.*

[88] *See id.*

[89] *See* Ex. 31, *Main Page*, LUSTRE WIKI, 1, https://wiki.lustre.org/Main_Page (last updated June 10, 2025).

specifically designed for very large-scale computer infrastructure and "can support hundreds of petabytes of data storage and hundreds of gigabytes per second in simultaneous, aggregate throughput."[90]

52.     Amazon FSx for Lustre is and was "a fully managed service that provides high-performance, cost-effective, and scalable storage powered by Lustre . . . ."[91]  Amazon explains that FSx for Lustre "provides the fastest performance for GPU instances in the cloud with up to terabytes per second of throughput, millions of IOPS, sub-millisecond latencies, and virtually unlimited storage capacity."[92]  With respect to data storage specifically, Amazon touts FSx for Lustre as "the only fully elastic Lustre file system" that "automatically scales up or down based on your needs," with fully automated processes for modifying storage capacity, updating hardware, and managing file servers.[93]

53.     FSx for Lustre stores data objects through transaction logging.[94]  FSx for Lustre stores data objects in stripes across multiple file servers and disks.[95]  In this way, Amazon explains,

---

[90] *See id.*

[91] *See* Ex. 32, *Amazon FSx for Lustre*, AWS, 1, https://aws.amazon.com/fsx/lustre/ (last visited Nov. 4, 2025).

[92] *See id.*

[93] *See id.*

[94] *See* Ex. 33, *Amazon FSx for Lustre performance*, AWS, 1-3, https://docs.aws.amazon.com/fsx/latest/LustreGuide/performance.html (last visited Oct. 31, 2025); Ex. 34, *Logging API*, LUSTRE WIKI, https://wiki.lustre.org/Logging_API (last updated Aug. 25, 2016).

[95] *See* Ex. 35, *Amazon FSx for Lustre FAQs*, AWS, 2-3, https://aws.amazon.com/fsx/lustre/faqs/ (last visited Oct. 31, 2025); Ex. 36, *Configuring Lustre File Striping*, LUSTRE WIKI, https://wiki.lustre.org/Configuring_Lustre_File_Striping (last updated Feb. 6, 2019).

FSx for Lustre is able to "maximize performance and reduce bottlenecks" by enabling read and write operations to occur in parallel across multiple network file servers.[96]

### B.    Data Coding Patents Accused Products

54.    The "Data Coding Patents Accused Products" refers to all Amazon.com and AWS products, services, and instrumentalities that implement erasure coding and store data in a distributed manner.  This includes, for example, Amazon S3 and Hadoop Distributed File System (HDFS) (including Apache Hadoop on Amazon EMR).

55.    Amazon S3 stores data objects using erasure coding by dividing the data object to be stored into data shards, from which parity data shards are generated.[97]  These data shards and parity data shards are then stored among various drives across the S3 system.[98]  In the event of one or more disk failures, S3 is able to recover the complete data object using an appropriate combination of data shards and parity data shards stored on functional disks.[99]  As Amazon explains, "[t]he system is incredibly flexible because you can select which shards to use.  And this approach is really powerful because it allows you to control levels of redundancy beside—beyond just replicate data 2 times, 3 times, 4 times.  It actually really helps also with durability and availability goals[.]"[100]  Indeed, Amazon touts erasure coding as a key feature behind S3's ability to provide 99.999999999% data durability and performance speed through parallelization.[101]

---

[96] *See* Ex. 35, at 2-3.

[97] *See* Ex. 38, Oleg Lvovitch & Sally Guo, *AWS re:Invent: Deep Dive on Amazon S3,* at 9-11 (Nov. 28-Dec. 2, 2022), https://d1.awsstatic.com/events/Summits/reinvent2022/STG203_Deep-dive-on-Amazon-S3.pdf; Ex. 18, at 8:43.

[98] *See* Ex. 18, at 9:53.

[99] *See id.*, at 9:10.

[100] *See id.*, at 9:29.

[101] *See id.*, at 2:00-11:00; Ex. 16, at 6.

56.    Amazon S3 also uses checksum values to verify data integrity during upload and download operations.[102]  Amazon explains that when data objects are uploaded to S3, "all AWS-owned clients calculate a checksum of the object and send it with the upload request. Amazon S3 then independently calculates a checksum value of the object on the server-side, and validates it with the provided value before storing the object with the checksum value."[103]  Moreover, once data is stored in Amazon S3, "it continually monitors data durability over time with periodic integrity checks of data at rest" using these checksum values.[104]  In fact, S3's use of checksum values is so ubiquitous that "Amazon S3 performs over 4 billion checksum computations per second."[105]  Amazon touts S3's use of checksum values as a key feature underlying S3's ability to provide 99.999999999% data durability.[106]

57.    Hadoop Distributed File System (HDFS) (including Apache Hadoop on Amazon EMR), employs erasure coding by "divid[ing] logically sequential data (such as a file) into smaller units . . . and stor[ing] consecutive units on different disks."[107]  HDFS uses these data cells to calculate and store a certain number of parity cells, such that an error on any data cell "can be

---

[102] *See* Ex. 39, *Checking object integrity for data uploads in Amazon S3*, AWS, 1, https://docs.aws.amazon.com/AmazonS3/latest/userguide/checking-object-integrity-upload.html (last visited Oct. 31, 2025).

[103] *See* Ex. 40, *Checking object integrity in Amazon S3*, AWS, https://docs.aws.amazon.com/AmazonS3/latest/userguide/checking-object-integrity.html (last visited Oct. 31, 2025).

[104] *See* Ex. 41, Sébastien Stormacq, *Introducing default data integrity protections for new objects in Amazon S3*, AWS, 1, (Dec. 1, 2024), https://aws.amazon.com/blogs/aws/introducing-default-data-integrity-protections-for-new-objects-in-amazon-s3/.

[105] *See* Ex. 42, USENIX, *Fast '23 – Building and Operating a Pretty Big Storage system (My Adventures in Amazon S3)*, at 13:09, (YouTube, Mar. 2, 2023),https://www.youtube.com/watch?v=sc3J4McebHE .

[106] *See* Ex. 41, at 1; Ex. 16, at 6.

[107] *See* Ex. 44, at 1.

recovered through decoding calculation based on surviving data and parity cells."[108]    This approach avoids the need for full data replication, which can reduce the storage overhead from 200% to 50%.[109]  In this way, erasure coding in HDFS "provides the same level of fault-tolerance with much less storage space."[110]

58.    HDFS also implements checksum values to ensure data integrity.[111]  Specifically, HDFS calculates checksum values for each data block to be stored and verifies the checksum value when reading the data from the storage system.[112]  In this way, HDFS is able to ensure that data is both written to and retrieved from storage without errors and with minimal—less than 1% for the default algorithm—storage overhead.[113]

## ALLEGATIONS OF PATENT INFRINGEMENT

### COUNT I
### INFRINGEMENT OF U.S. PATENT NO. 7,386,663

59.    Primos Storage incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

60.    Primos Storage is the assignee and lawful owner of all right, title, and interest in and to the '663 patent.  The '663 patent is valid and enforceable.

61.    On information and belief, Amazon has infringed the '663 patent in violation of 35 U.S.C. § 271(a), either literally or through the doctrine of equivalents, by making, using,

---

[108] *See id.*

[109] *See id.*

[110] *See id.*

[111] *See* Ex. 45, Gautam Goswami, *How Checksum Smartly Manages Data Integrity in HDFS*, DZONE (Mar. 16, 2021), https://dzone.com/articles/how-checksum-smartly-manages-data-integrity-in-hdf.

[112] *See id.*

[113] *See id.*

selling, offering for sale, and/or importing into the United States products and/or methods that practiced at least claim 1 of the '663 patent, including with respect to the Transaction-Based Storage Patents Accused Products. Amazon's infringement dates from at least six years prior to the filing of this Complaint until the expiration of the '663 patent. On information and belief, in relevant respects for the Transaction-Based Storage Patents Accused Products, Amazon.com and AWS acted in concert with one another.

62. During the infringing time period, the Transaction-Based Storage Patents Accused Products met every limitation of at least claim 1 of the '663 patent, which recites:

> 1. A transaction-logging data storage system comprising:
>   a data storage subsystem that stores variable-size data objects, wherein the data storage subsystem is implemented using:
>     one or more storage devices comprising:
>       an array of data storage units, wherein the array is configured to provide one or more ranks, each of the one or more ranks providing stripes for storing data objects; and
>       a rank manager that performs configuration processing associated with the one or more ranks;
>     wherein the data storage subsystem is configured to write data corresponding to each of the stripes into the one or more ranks as a unit;
>   a stripe space table that keeps track of space usage in the data storage subsystem;
>   a mapping component that processes mapping information between data object identifiers and physical address information of the data objects within the data storage subsystem; and
>   at least one processing component that performs operations among the data storage subsystem, the mapping component and the stripe space table, wherein the operations are coordinated to implement logging data objects to be stored and logging changes to stored data objects;
>   wherein the mapping component includes one or more subcomponents that enable the transaction-logging data storage system to emulate one or more common data storage abstractions.

63. For example, Amazon S3 is and was an object data storage system that implemented transaction logging.[114] With versioning, Amazon S3 logged each data object and

---

[114] *See* Ex. 14.

any changes to each data object, such as the storage of a new version of an object or the deletion of an object. "Versioning allows you to preserve, retrieve, and restore every version of every object stored in an Amazon S3 bucket. . . . Older versions of an overwritten or deleted object can be retrieved by specifying a version in the request."[115]

# How S3 Versioning works



You can use S3 Versioning to keep multiple versions of an object in one bucket so that you can restore objects that are accidentally deleted or overwritten. For example, if you apply S3 Versioning to a bucket, the following changes occur:

- If you delete an object, instead of removing the object permanently, Amazon S3 inserts a delete marker, which becomes the current object version. You can then restore the previous version. For more information, see Deleting object versions from a versioning-enabled bucket.
- If you overwrite an object, Amazon S3 adds a new object version in the bucket. The previous version remains in the bucket and becomes a noncurrent version. You can restore the previous version.

> ⓘ **Note**
> Normal Amazon S3 rates apply for every version of an object that is stored and transferred. Each version of an object is the entire object; it is not a diff from the previous version. Thus, if you have three versions of an object stored, you are charged for three objects.

Each S3 bucket that you create has a *versioning* subresource associated with it. (For more information, see General purpose buckets configuration options.) By default, your bucket is *unversioned*, and the versioning subresource stores the empty versioning configuration, as follows.

64.    Additionally, on information and belief, to ensure that out-of-date versions of a data object are not mistakenly retrieved, Amazon S3 always implemented transaction logging.

65.    Amazon S3 stored variable-size data objects. "Individual Amazon S3 objects can range in size from a minimum of 0 bytes to a maximum of 5 TB."[116]  Amazon S3 also recorded

---

[115] *See* Ex. 16, at 6; Ex. 47, *How S3 Versioning works*, AWS, 1, https://docs.aws.amazon.com/AmazonS3/latest/userguide/versioning-workflows.html (last visited Oct. 31, 2025); Ex. 7.

[116] *See* Ex. 16, at 1.

changes to existing data objects to new storage space instead of the exact location where the data object was originally written, and S3 permitted new versions to be of any file size.[117]

66.     Amazon S3 had storage devices with an array of data storage units, wherein the array contained one or more ranks that provided stripes for storing data objects.  On information and belief, Amazon S3 transformed its data objects into shards that were stored across groups of servers called R2D2s.  Amazon S3 wrote and read data corresponding to stripes into R2D2s as a unit.[118]



---

[117] *See id*.; Ex. 47, at 1-2; Ex. 7.

[118] *See* Ex. 8, at 5, 7-8; Ex. 18, at 8:32; Ex. 49, AWS Events, *AWS re:Invent 2024 – Dive deep on Amazon S3 (STG302)*, at 14:04, (YouTube, Dec. 4, 2024), https://www.youtube.com/watch?v=NXehLy7IiPM.

# Sharding

S3 tries to spread these shards as broadly as they can. They've shared that they have tens of thousands of customers with data stored over a million physical drives.

Spreading the data around gives them the following benefits:

### 1. Hot Spot Aversion

When the data is well spread out, no single customer can cause a hot spot that affects the system. Hot spots are particularly troublesome and worth avoiding, as they introduce cascading delays throughout the system and in the worst case can result in unpleasant domino effects.

### 2. Burst Demand

Similarly, the extra parallelism afforded by each drive the shards are on can allow for greater burst IO compared to what a naive solution may bring. (e.g the data replicated on 3 drives)

### 3. Greater Durability

The more the shards are spread, the greater the durability. You can sustain more individual machine failures.

### 4. No Read Amplification

Read amplification denotes how many disk seeks a single read causes. Assuming homogeneous hardware, a single read will still cause roughly the same amount of disk seeks. But since the data is spread around, those seeks will **not** be on the same drive.

The less disk seeks one HDD needs to do, the better. This reduces the likelihood of high latency.



67.     Amazon S3 had a rank manager that performed configuration processing associated with the one or more ranks.  On information and belief, a combination of specialized processes running on servers called C3PO, Skynet, Skywalker, Master Control Program, and Migration Manager managed the groups of R2D2 servers.  This management included detecting/setting the amount of data each R2D2 server could store, removing failed, unresponsive, or otherwise faulty R2D2s from the subgroup of R2D2 servers, and adding new R2D2s to the subgroup.

68.     Amazon S3 had a stripe space table that kept track of space usage in the data storage subsystem.  On information and belief, C3PO servers communicated with R2D2 servers to understand how much storage space the R2D2s had available.  Amazon S3 also tracked whether data stored in stripes corresponded to valid data that was still in use or invalid data that was no longer in use.

69.     Amazon S3 had a mapping component that processed mapping information between data object identifiers and physical address information of the data objects within the data

storage subsystem. On information and belief, the keymap (which includes Keymap Functional Coordinator and Brick Manager servers) and/or the Volume index (which includes the Blob Assembler and Skynet servers) processed mapping information between object keys and blindexes and/or blindexes and R2D2 server addresses.

70.    Amazon S3 had at least one processing component that performed operations among the data storage subsystem, the mapping component and the stripe space table, wherein the operations were coordinated to implement logging data objects to be stored and logging changes to stored data objects. On information and belief, Amazon S3 coordinated among the various data storage subsystem processes, the mapping processes, and the stripe space table to log the storing of shards that correspond to data objects and any changes to the shards that correspond to data objects, such as when data objects or their corresponding shards were created, stored, modified, deleted, moved, or copied. For instance, when a data object was to be sharded and stored, Skynet servers identified the group of R2D2 servers where the data was to be written based in part on the available storage space of R2D2 servers from C3PO servers, and Skynet then updated the key-blindex-R2D2 server mappings to reflect where the data object was stored. When a data object was to be updated (or moved), Skynet servers identified the group of R2D2 servers where the new data was to be written based in part on the available storage space of R2D2 servers from C3PO servers, and Skynet then updated the key-blindex-R2D2 server mappings to reflect where the new data object was stored, and the old data object was marked as the previous version (or for deletion).

71.    In Amazon S3, the mapping component included one or more subcomponents that enabled the transaction-logging data storage system to emulate one or more common data storage abstractions. For instance, the object key-blindex-R2D2 server mappings could be used to enable the system to emulate a key-value storage system. Additionally, because the object keys resemble

file paths, the system could also emulate a traditional hierarchical folder structure.[119]

## Buckets

Amazon S3 supports four types of buckets—general purpose buckets, directory buckets, table buckets, and vector buckets. Each type of bucket provides a unique set of features for different use cases.

**General purpose buckets** – General purpose buckets are recommended for most use cases and access patterns and are the original S3 bucket type. A general purpose bucket is a container for objects stored in Amazon S3, and you can store any number of objects in a bucket and across all storage classes (except for S3 Express One Zone), so you can redundantly store objects across multiple Availability Zones. For more information, see Creating, configuring, and working with Amazon S3 general purpose buckets.

## Objects

Objects are the fundamental entities stored in Amazon S3. Objects consist of object data and metadata. The metadata is a set of name-value pairs that describe the object. These pairs include some default metadata, such as the date last modified, and standard HTTP metadata, such as `Content-Type`. You can also specify custom metadata at the time that the object is stored.

An object is uniquely identified within a bucket by a key (name) and a version ID (if S3 Versioning is enabled on the bucket). For more information about objects, see Amazon S3 objects overview.

## Keys

An *object key* (or *key name*) is the unique identifier for an object within a bucket. Every object in a bucket has exactly one key. The combination of a bucket, object key, and optionally, version ID (if S3 Versioning is enabled for the bucket) uniquely identify each object. So you can think of Amazon S3 as a basic data map between "bucket + key + version" and the object itself.

Every object in Amazon S3 can be uniquely addressed through the combination of the web service endpoint, bucket name, key, and optionally, a version. For example, in the URL `https://`*`amzn-s3-demo-bucket`*`.s3.us-west-2.amazonaws.com/photos/puppy.jpg`, *`amzn-s3-demo-bucket`* is the name of the bucket and `photos/puppy.jpg` is the key.

For more information about object keys, see Naming Amazon S3 objects.

## S3 Versioning

You can use S3 Versioning to keep multiple variants of an object in the same bucket. With S3 Versioning, you can preserve, retrieve, and restore every version of every object stored in your buckets. You can easily recover from both unintended user actions and application failures.

72.    As another example, Hadoop Distributed File System ("HDFS" or "Hadoop") (including Apache Hadoop on Amazon EMR) is and was an object data storage system that implements transaction logging. "Hadoop Distributed File System (HDFS) is a distributed,

---

[119] *See* Ex. 50, *What is Amazon S3?*, AWS, 3-5, https://docs.aws.amazon.com/AmazonS3/latest/userguide/Welcome.html (last visited Oct. 31, 2025).

scalable file system for Hadoop. HDFS distributes the data it stores across instances in the cluster, storing multiple copies of data on different instances to ensure that no data is lost if an individual instance fails."[120]  Hadoop maintained a write-ahead log (the EditLog) in the NameNode that durably recorded filesystem modifications (e.g., write, delete) as transactions.  Hadoop's write-once design means that each data write was recorded as a transaction event in the EditLog.[121] Hadoop also may have used snapshots to "create point-in-time copies of the file system" and enable "data backup, protection against user errors and disaster recovery."[122]

### The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

The NameNode keeps an image of the entire file system namespace and file Blockmap in memory. When the NameNode starts up, or a checkpoint is triggered by a configurable threshold, it reads the FsImage and EditLog from disk, applies all the transactions from the EditLog to the in-memory representation of the FsImage, and flushes out this new version into a new FsImage on disk. It can then truncate the old EditLog because its transactions have been applied to the persistent FsImage. This process is called a checkpoint. The purpose of a checkpoint is to make sure that HDFS has a consistent view of the file system metadata by taking a snapshot of the file system metadata and saving it to FsImage. Even though it is efficient to read a FsImage, it is not efficient to make incremental edits directly to a FsImage. Instead of modifying FsImage for each edit, we persist the edits in the Editlog. During the checkpoint the changes from Editlog are applied to the FsImage. A checkpoint can be triggered at a given time interval (`dfs.namenode.checkpoint.period`) expressed in seconds, or after a given number of filesystem transactions have accumulated (`dfs.namenode.checkpoint.txns`). If both of these properties are set, the first threshold to be reached triggers a checkpoint.

73.     Hadoop stored variable-sized data objects.  Hadoop stored files of arbitrary length, ranging from small to very large.  Files were further segmented into variable sized blocks—which by default were 128 MB but may have been configured to other sizes—and the final block of a file

---

[120] *See* Ex. 51, *Amazon EMR: Management Guide*, AWS, 13, (Mar. 4, 2025) (excerpted), https://docs.aws.amazon.com/pdfs/emr/latest/ManagementGuide/emr-mgmt.pdf.

[121] *See* Ex. 23, at 2, 4.

[122] *See* Ex. 24, at 1.

was smaller, reflecting only the remainder of the file's data.[123]  Hadoop also recorded changes to

existing data files to new storage space, and Hadoop permitted new versions to be of any file

size.[124]

## Data Organization

### Data Blocks

HDFS is designed to support very large files. Applications that are compatible with HDFS are those that deal with large data sets. These applications write their data only once but they read it one or more times and require these reads to be satisfied at streaming speeds. HDFS supports write-once-read-many semantics on files. A typical block size used by HDFS is 128 MB. Thus, an HDFS file is chopped up into 128 MB chunks, and if possible, each chunk will reside on a different DataNode.

74.    Hadoop had storage devices with an array of data storage units, wherein the array

contained one or more ranks that provided stripes for storing data objects.  Hadoop clusters

contained groups of DataNodes, and files were divided into blocks of data that were written in

stripes as a unit across each group of DataNodes.[125]  This occurred both when Hadoop was doing

standard 3x replication of data and when Hadoop was using erasure coding to store data.[126]

---

[123] *See* Ex. 23, at 5-6.

[124] *See id.*, at 2, 5-6; Ex. 24, at 1.

[125] *See* Ex. 23, at 2-3.

[126] *See* Ex. 52, *HDFS Erasure Coding*, APACHE HADOOP, 1, https://hadoop.apache.org/docs/r3.4.1/hadoop-project-dist/hadoop-hdfs/HDFSErasureCoding.html (last updated Oct. 9, 2024).



## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file.

All blocks in a file except the last block are the same size, while users can start a new block without filling out the last block to the configured block size after the support for variable length block was added to append and hsync.

An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once (except for appends and truncates) and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.



## Background

In storage systems, the most notable usage of EC is Redundant Array of Inexpensive Disks (RAID). RAID implements EC through striping, which divides logically sequential data (such as a file) into smaller units (such as bit, byte, or block) and stores consecutive units on different disks. In the rest of this guide this unit of striping distribution is termed a striping cell (or cell). For each stripe of original data cells, a certain number of parity cells are calculated and stored – the process of which is called encoding. The error on any striping cell can be recovered through decoding calculation based on surviving data and parity cells.

Integrating EC with HDFS can improve storage efficiency while still providing similar data durability as traditional replication-based HDFS deployments. As an example, a 3x replicated file with 6 blocks will consume 6*3 = 18 blocks of disk space. But with EC (6 data, 3 parity) deployment, it will only consume 9 blocks of disk space.

## Architecture

In the context of EC, striping has several critical advantages. First, it enables online EC (writing data immediately in EC format), avoiding a conversion phase and immediately saving storage space. Online EC also enhances sequential I/O performance by leveraging multiple disk spindles in parallel; this is especially desirable in clusters with high end networking. Second, it naturally distributes a small file to multiple DataNodes and eliminates the need to bundle multiple files into a single coding group. This greatly simplifies file operations such as deletion, quota reporting, and migration between federated namespaces.

75.    Hadoop had a rank manager that performed configuration processing associated with the one or more ranks. On information and belief, the NameNode and cluster management components monitored and managed the DataNodes within each cluster. This management included detecting/setting the amount of data each DataNode could store, removing failed, unresponsive, or otherwise faulty DataNodes from the group of DataNodes, and adding new DataNodes to the cluster.[127]

### ⊞ Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

The time-out to mark DataNodes dead is conservatively long (over 10 minutes by default) in order to avoid replication storm caused by state flapping of DataNodes. Users can set shorter interval to mark DataNodes as stale and avoid stale nodes on reading and/or writing by configuration for performance sensitive workloads.

---

[127] *See* Ex. 23, at 5.

## ⊡ Cluster Rebalancing

The HDFS architecture is compatible with data rebalancing schemes. A scheme might automatically move data from one DataNode to another if the free space on a DataNode falls below a certain threshold. In the event of a sudden high demand for a particular file, a scheme might dynamically create additional replicas and rebalance other data in the cluster. These types of data rebalancing schemes are not yet implemented.

## ⊡ Data Integrity

It is possible that a block of data fetched from a DataNode arrives corrupted. This corruption can occur because of faults in a storage device, network faults, or buggy software. The HDFS client software implements checksum checking on the contents of HDFS files. When a client creates an HDFS file, it computes a checksum of each block of the file and stores these checksums in a separate hidden file in the same HDFS namespace. When a client retrieves file contents it verifies that the data it received from each DataNode matches the checksum stored in the associated checksum file. If not, then the client can opt to retrieve that block from another DataNode that has a replica of that block.

76.    Hadoop had a stripe space table that kept track of space usage in the data storage subsystem.  The NameNode communicated with DataNodes to monitor and understand the available storage space and usage across the cluster.[128]

77.    Hadoop had a mapping component that processed mapping information between data object identifiers and physical address information of the data objects within the data storage subsystem.  The NameNode processed mapping information between filenames and block IDs and physical address information corresponding to DataNodes.  The NameNode kept the entire filesystem namespace image, including inodes that list all the blocks corresponding to data files and mappings for all the blocks.  The inodes and the list of blocks that defined the metadata of the namespace were collectively called the FsImage.[129]

---

[128] *See id.*

[129] *See id.*, at 4-5.

## The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

78.     Hadoop had at least one processing component that performed operations among the data storage subsystem, the mapping component and the stripe space table, wherein the operations were coordinated to implement logging data objects to be stored and logging changes to stored data objects.  A NameNode processing component and multiple DataNodes performed operations that involved the storage on DataNodes, the NameNode component that processes mapping information between filenames and block IDs and physical address information corresponding to DataNodes, and the NameNodes' metadata about storage capacity and usage across DataNodes.   These operations were coordinated, such as when data files or their corresponding blocks or cells were created, stored, modified, deleted, moved, or copied.  For example, when a data file was to be stored, the NameNode identified the set of DataNodes where the data blocks were to be written based in part on the available storage space and load of DataNodes, and then the NameNode updated the filename-to-block-to-DataNode mapping to reflect where each block of the data file was stored. When a data file was to be updated or moved, the NameNode identified the DataNodes where the new data blocks were to be written based in part on the current available storage space on DataNodes, then updated the block-to-DataNode mapping to reflect the new storage locations, and marked the old data blocks as previous versions

or for deletion, coordinating data replication and consistency accordingly.[130]

## The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

The NameNode keeps an image of the entire file system namespace and file Blockmap in memory. When the NameNode starts up, or a checkpoint is triggered by a configurable threshold, it reads the FsImage and EditLog from disk, applies all the transactions from the EditLog to the in-memory representation of the FsImage, and flushes out this new version into a new FsImage on disk. It can then truncate the old EditLog because its transactions have been applied to the persistent FsImage. This process is called a checkpoint. The purpose of a checkpoint is to make sure that HDFS has a consistent view of the file system metadata by taking a snapshot of the file system metadata and saving it to FsImage. Even though it is efficient to read a FsImage, it is not efficient to make incremental edits directly to a FsImage. Instead of modifying FsImage for each edit, we persist the edits in the Editlog. During the checkpoint the changes from Editlog are applied to the FsImage. A checkpoint can be triggered at a given time interval (`dfs.namenode.checkpoint.period`) expressed in seconds, or after a given number of filesystem transactions have accumulated (`dfs.namenode.checkpoint.txns`). If both of these properties are set, the first threshold to be reached triggers a checkpoint.

79.     In Hadoop, the mapping component included one or more subcomponents that enabled the transaction-logging data storage system to emulate one or more common data storage abstractions.  For instance, the filename-block-DataNodes mappings could be used to enable the system to emulate a traditional hierarchical folder structure.[131]  Hadoop could also emulate other data storage abstractions, as it could interface with other file systems including Local FS, HTTP

---

[130] *See id*.

[131] *See id*., at 3.

FS, and Amazon S3.[132]

## The File System Namespace

HDFS supports a traditional hierarchical file organization. A user or an application can create directories and store files inside these directories. The file system namespace hierarchy is similar to most other existing file systems; one can create and remove files, move a file from one directory to another, or rename a file. HDFS supports user quotas and access permissions. HDFS does not support hard links or soft links. However, the HDFS architecture does not preclude implementing these features.

While HDFS follows naming convention of the FileSystem, some paths and names (e.g. `/.reserved` and `.snapshot` ) are reserved. Features such as transparent encryption and snapshot use reserved paths.

The NameNode maintains the file system namespace. Any change to the file system namespace or its properties is recorded by the NameNode. An application can specify the number of replicas of a file that should be maintained by HDFS. The number of copies of a file is called the replication factor of that file. This information is stored by the NameNode.

# Overview

The File System (FS) shell includes various shell-like commands that directly interact with the Hadoop Distributed File System (HDFS) as well as other file systems that Hadoop supports, such as Local FS, HFTP FS, S3 FS, and others. The FS shell is invoked by:

```
bin/hdfs dfs <args>
```

All FS shell commands take path URIs as arguments. The URI format is *scheme://autority/path*. For HDFS the scheme is *hdfs*, and for the Local FS the scheme is *file*. The scheme and authority are optional. If not specified, the default scheme specified in the configuration is used. An HDFS file or directory such as */parent/child* can be specified as *hdfs://namenodehost/parent/child* or simply as */parent/child* (given that your configuration is set to point to *hdfs://namenodehost*).

Most of the commands in FS shell behave like corresponding Unix commands. Differences are described with each of the commands. Error information is sent to *stderr* and the output is sent to *stdout*.

---

[132] *See* Ex. 56, *File System Shell Guide*, APACHE HADOOP, 1, https://hadoop.apache.org/docs/r1.2.1/file_system_shell.html#Overview (last updated May 18, 2022); Ex. 20, at 2.

**Integration with other AWS services**                                    —

You can easily integrate your Hadoop environment with other services such as Amazon S3, Amazon Kinesis, Amazon Redshift, and Amazon DynamoDB to enable data movement, workflows, and analytics across the many diverse services on the AWS platform. Additionally, you can use the AWS Glue Data Catalog as a managed metadata repository for Apache Hive and Apache Spark.

EMRFS is optimized for Hadoop to directly read and write in parallel to Amazon S3 performantly, and can process objects encrypted with Amazon S3 server-side and client-side encryption. EMRFS allows you to use Amazon S3 as your data lake, and Hadoop in Amazon EMR can be used as an elastic query layer.

80.     As another example, computing instances running XFS (including EC2 instances) also infringed at least claim 1 of the '663 patent.

81.     On information and belief, EC2 instances running XFS comprised a transaction-logging data storage system that stored variable-size data objects, such as blocks of data.[133]  On information and belief, they contained multiple hard drives that comprised at least one rank and wrote data as a unit into stripes across the rank using software-implemented RAID or an equivalent.[134]

82.     On information and belief, when data was to be stored on an EC2 instance running XFS, the location on each drive where the data was to be written was based in part on the available

---

[133] *See* Ex. 29; Ex. 27 at 1-3, 7.
[134] *See* Ex. 30, at 1-2.

storage space of each drive and the stripes on each drive, and XFS updated the data-to-drives/stripes mapping to reflect where the data object was stored.[135]   When data was to be updated (or moved), XFS identified the drives and stripes where the new data was to be written based in part on the available storage space of the drives and stripes, and XFS then updated the data-to-drives/stripes mappings to reflect where the new data was stored, and the old data object was marked as the previous version (or for deletion).

83.    On information and belief, EC2 instances running XFS could emulate one or more common data storage abstractions.  For instance, the data-to-drives/stripes mappings could be used to enable the system to emulate a large hard drive or a traditional hierarchical folder structure.[136]



**0**

Amazon Linux 2 images have used XFS since sometime in 2017.

Changing the default filesystem is the kind of change we would only make on a product release boundary - say, from AL AMI to AL2. We strive to maintain as much consistency as possible throughout the life cycle of a product. AL AMI uses ext4 filesystems by default, and AL2 uses XFS, and both will continue to do so.

| Comment | Share |


AWS-User-6280256
answered 5 years ago

# XFS Logging Design

## Preamble

This document describes the design and algorithms that the XFS journalling subsystem is based on. This document describes the design and algorithms that the XFS journalling subsystem is based on so that readers may familiarize themselves with the general concepts of how transaction processing in XFS works.

We begin with an overview of transactions in XFS, followed by describing how transaction reservations are structured and accounted, and then move into how we guarantee forwards progress for long running transactions with finite initial reservations bounds. At this point we need to explain how relogging works. With the basic concepts covered, the design of the delayed logging mechanism is documented.

---

[135] *See* Ex. 27, at 1-3, 7.

[136] *See* Ex. 58, Christoph Hellwig, *XFS: the big storage file system for Linux*, ;LOGIN: Oct. 2009, at 13-17, https://www.usenix.org/system/files/login/articles/140-hellwig.pdf.

## Introduction

XFS uses Write Ahead Logging for ensuring changes to the filesystem metadata are atomic and recoverable. For reasons of space and time efficiency, the logging mechanisms are varied and complex, combining intents, logical and physical logging mechanisms to provide the necessary recovery guarantees the filesystem requires.

Some objects, such as inodes and dquots, are logged in logical format where the details logged are made up of the changes to in-core structures rather than on-disk structures. Other objects - typically buffers - have their physical changes logged. Long running atomic modifications have individual changes chained together by intents, ensuring that journal recovery can restart and finish an operation that was only partially done when the system stopped functioning.

# Amazon EBS and RAID configuration



With Amazon EBS, you can use any of the standard RAID configurations that you can use with a traditional bare metal server, as long as that particular RAID configuration is supported by the operating system for your instance. This is because all RAID is accomplished at the software level.

## RAID configuration options

Creating a RAID 0 array allows you to achieve a higher level of performance for a file system than you can provision on a single Amazon EBS volume. Use RAID 0 when I/O performance is of the utmost importance. With RAID 0, I/O is distributed across the volumes in a stripe. If you add a volume, you get the straight addition of throughput and IOPS. However, keep in mind that performance of the stripe is limited to the worst performing volume in the set, and that the loss of a single volume in the set results in a complete data loss for the array.

The resulting size of a RAID 0 array is the sum of the sizes of the volumes within it, and the bandwidth is the sum of the available bandwidth of the volumes within it. For example, two 500 GiB `io1` volumes with 4,000 provisioned IOPS each create a 1,000 GiB RAID 0 array with an available bandwidth of 8,000 IOPS and 1,000 MiB/s of throughput.

If the device has a file system, the command shows information about the file system type. For example, the following output shows a root device with the XFS file system.

```
[ec2-user ~]$ sudo file -s /dev/xvda1
/dev/xvda1: SGI XFS filesystem data (blksz 4096, inosz 512, v2 dirs)
```

## Transaction Reservations

It has been mentioned a number of times now that the logging subsystem needs to provide a forwards progress guarantee so that no modification ever stalls because it can't be written to the journal due to a lack of space in the journal. This is achieved by the transaction reservations that are made when a transaction is first allocated. For permanent transactions, these reservations are maintained as part of the transaction rolling mechanism.

A transaction reservation provides a guarantee that there is physical log space available to write the modification into the journal before we start making modifications to objects and items. As such, the reservation needs to be large enough to take into account the amount of metadata that the change might need to log in the worst case. This means that if we are modifying a btree in the transaction, we have to reserve enough space to record a full leaf-to-root split of the btree. As such, the reservations are quite complex because we have to take into account all the hidden changes that might occur.

## Delayed Logging: Concepts

The key thing to note about the asynchronous logging combined with the relogging technique XFS uses is that we can be relogging changed objects multiple times before they are committed to disk in the log buffers. If we return to the previous relogging example, it is entirely possible that transactions A through D are committed to disk in the same log buffer.

That is, a single log buffer may contain multiple copies of the same object, but only one of those copies needs to be there - the last one "D", as it contains all the changes from the previous changes. In other words, we have one necessary copy in the log buffer, and three stale copies that are simply wasting space. When we are doing repeated operations on the same set of objects, these "stale objects" can be over 90% of the space used in the log buffers. It is clear that reducing the number of stale objects written to the log would greatly reduce the amount of metadata we write to the log, and this is the fundamental goal of delayed logging.

84.    As another example, Lustre (including Amazon FSx for Lustre) infringed at least claim 1 of the '663 patent.

85.    On information and belief, Amazon FSx instances running the Lustre file system comprised a transaction-logging data storage system that stored variable-size data objects, such as blocks of data.[137]  On information and belief, they contained multiple object storage targets (OSTs) that comprised at least one rank and wrote data as a unit across the OSTs using stripes.[138]  On information and belief, when data was to be stored on an Amazon FSx instance running Lustre, the location where the data was to be written was based in part on the available storage space of each OST and the stripes on each OST, and Lustre updated the data-to-OSTs/stripes mapping to

---

[137] *See* Ex. 33, at 1-3; Ex. 34, at 1-3.

[138] *See* Ex. 36, at 1; Ex. 59, *Lustre File Striping*, NAT. ENERGY RSCH. SCI. COMPUTING CTR., 1, https://docs.nersc.gov/performance/io/lustre/ (last visited Oct. 31, 2025).

reflect where the data was stored.[139]  When data was to be updated (or moved), Lustre identified the OSTs and stripes where the new data was to be written based in part on the available storage space of the OSTs and stripes, and Lustre then updated the data-to-OSTs/stripes mappings to reflect where the new data was stored, and the old data object was marked as the previous version (or for deletion).[140]

## Overview

Amazon FSx for Lustre, built on Lustre, the popular high-performance file system, provides scale-out performance that increases linearly with a file system's size. Lustre file systems scale horizontally across multiple file servers and disks. This scaling gives each client direct access to the data stored on each disk to remove many of the bottlenecks present in traditional file systems. Amazon FSx for Lustre builds on the Lustre scalable architecture to support high levels of performance across large numbers of clients.

---

[139] *See* Ex. 60, *Understanding Lustre Internals*, LUSTRE WIKI, 1-5, https://wiki.lustre.org/Understanding_Lustre_Internals (last updated Mar. 4, 2025); Ex. 34, at 1-3.

[140] *See* Ex. 63, Tom McDonald, *Unlock higher performance for file system workloads with scalable metadata performance on Amazon FSx for Lustre*, AWS, 1-2 (Feb. 21, 2025), https://aws.amazon.com/blogs/storage/unlock-higher-performance-for-file-system-workloads-with-scalable-metadata-performance-on-amazon-fsx-for-lustre/; *see also* Ex. 61, AWS Events, *AWS re:Invent 2021 – Deep dive on Amazon FSx for Lustre | AWS Events*, (YouTube, Feb. 1, 2022), https://www.youtube.com/watch?v=m8_wy1xkwA8; Ex. 62, HPC Tech Shorts, *Using Lustre to build very fast file systems with Amazon Fsx for Lustre*, (YouTube, Feb. 24, 2022), https://www.youtube.com/watch?v=0AVdf3jKuvo.

# How FSx for Lustre file systems work

Each FSx for Lustre file system consists of the file servers that the clients communicate with, and a set of disks attached to each file server that store your data. Each file server employs a fast, in-memory cache to enhance performance for the most frequently accessed data. Depending on the storage class, your file server can be provisioned with an optional SSD read cache. When a client accesses data that's stored in the in-memory or SSD cache, the file server doesn't need to read it from disk, which reduces latency and increases the total amount of throughput you can drive. The following diagram illustrates the paths of a write operation, a read operation served from disk, and a read operation served from in-memory or SSD cache.

## Lustre Architecture

### What is Lustre?

Lustre is a GNU General Public licensed, open-source distributed parallel file system developed and maintained by DataDirect Networks (DDN). Due to the extremely scalable architecture of the Lustre file system, Lustre deployments are popular in scientific supercomputing, as well as in the oil and gas, manufacturing, rich media, and finance sectors. Lustre presents a POSIX interface to its clients with parallel access capabilities to the shared file objects. As of this writing, Lustre is the most widely used file system on the top 500 fastest computers in the world. Lustre is the file system of choice on 7 out of the top 10 fastest computers in the world today, over 70% of the top 100, and also for over 60% of the top 500 [1].

In numerous places Lustre™ needs a logging API. Generally log records are written transactionally and canceled when a commit on another system completes. There are many uses for this, all associated with updates of persistent information on multiple systems.

Log records are stored in log objects. Log objects are currently implemented as files, and possibly, in some minor ways, the API below reflects this. We speak of log objects and sometimes of llog's (*lustre-logs*).

## File system storage layout

All file data in Lustre is stored on storage volumes called *object storage targets* (OSTs). All file metadata (including file names, timestamps, permissions, and more) is stored on storage volumes called *metadata targets* (MDTs). Amazon FSx for Lustre file systems are composed of one or more MDTs and multiple OSTs. Amazon FSx for Lustre spreads your file data across the OSTs that make up your file system to balance storage capacity with throughput and IOPS load.

# Configuring Lustre File Striping

One of the main factors leading to the high performance of Lustre™ file systems is the ability to stripe data over multiple OSTs. The stripe count can be set on a file system, directory, or file level. An example showing the use of striping is provided below.

The Lustre Striping Guide ⧉ provides a good overview of how Lustre file striping works.

For more detailed information, see Chapter 19: *Managing File Striping and Free Space* ⧉ in the *Lustre Operations Manual* ⧉.

## Lustre File Striping

Perlmutter uses Lustre as its $SCRATCH file system. For many applications, a technique called file striping will increase I/O performance. File striping will primarily improve performance for codes doing serial I/O from a single node or parallel I/O from multiple nodes writing to a single shared file as with MPI-I/O, parallel HDF5 or parallel NetCDF.

The Lustre file system is made up of an underlying set of I/O servers and disks called Object Storage Targets (OSTs). A file is said to be striped when its data is on multiple OSTs. Read and write operations on striped files will access multiple OST's concurrently. File striping is a way to increase I/O performance since writing or reading from multiple OST's simultaneously increases the available I/O bandwidth. Selecting the best striping can be complicated since striping a file over too few OSTs will not take advantage of the system's available bandwidth, but striping over too many will cause unnecessary overhead and lead to a loss in performance. The default striping is set to 1 on Perlmutter's `$SCRATCH` . This means that each file is written to 1 OST on Perlmutter by default.



- Management Server (MGS) - Provides configuration information for the file system. When mounting the file system, the Lustre clients will contact the MGS to retrieve details on how the file system is configured (what servers are part of the file system, failover information, etc.). The MGS can also proactively notify clients about changes in the file system configuration and plays a role in the Lustre recovery process.

- Management Target (MGT) - Block device used by the MGS to persistently store Lustre file system configuration information. It typically only requires a relatively small amount of space (on the order to 100 MB).

- Metadata Server (MDS) - Manages the file system namespace and provides metadata services to clients such as filename lookup, directory information, file layouts, and access permissions. The file system will contain at least one MDS but may contain more.

- Metadata Target (MDT) - Block device used by an MDS to store metadata information. A Lustre file system will contain at least one MDT which holds the root of the file system, but it may contain multiple MDTs. Common configurations will use one MDT per MDS server, but it is possible for an MDS to host multiple MDTs. MDTs can be shared among multiple MDSs to support failover, but each MDT can only be mounted by one MDS at any given time.

- Object Storage Server (OSS) - Stores file data objects and makes the file contents available to Lustre clients. A file system will typically have many OSS nodes to provide a higher aggregate capacity and network bandwidth.

- Object Storage Target (OST) - Block device used by an OSS node to store the contents of user files. An OSS node will often host several OSTs. These OSTs may be shared among multiple hosts, but just like MDTs, each OST can only be mounted on a single OSS at any given time. The total capacity of the file system is the sum of all individual OST capacities.

86.    On information and belief, FSx instances running Lustre could emulate one or more common data storage abstractions.  For instance, the data-to-OSTs/stripes mappings could be used

to enable the system to emulate a large hard drive or a traditional hierarchical folder structure.[141]



- Lustre Client - Mounts the Lustre file system and makes the contents of the namespace visible to the users. There may be hundreds or even thousands of clients accessing a single Lustre file sysyem. Each client can also mount more than one Lustre file system at a time.

- Lustre Networking (LNet) - Network protocol used for communication between Lustre clients and servers. Supports RDMA on low-latency networks and routing between heterogeneous networks.

87.     On information and belief, and for all the reasons above, Amazon infringed the '663 patent from at least six years prior to the filing of this Complaint until the expiration of the '663 patent.

88.     On information and belief, to the extent applicable, Primos Storage has complied with 35 U.S.C. § 287(a) with respect to the '663 patent.

---

[141] *See* Ex. 33, at 2-3; Ex. 60, at 3.

89.    On information and belief, Amazon has long known about the Transaction-Based Storage Patents.  On March 31, 2014, Amazon filed patent application number 14/231,116, which issued on September 26, 2017 as U.S. Patent No. 9,772,787 ("the '787 patent").  During the prosecution of the '787 patent, the Patent Examiner identified printed publication number 2010/0205231, which corresponds to the Primos Storage patent application that issued as the '528 patent.

90.    In particular, the Patent Examiner rejected the then-pending claims of the '787 patent in view of the printed publication, which contains the specification for all the Transaction-Based Storage Patents.  Amazon then studied the specification for the Transaction-Based Storage Patents in detail, as it discussed the specification on at least three occasions in response to Patent Examiner rejections.  Ultimately, Amazon obtained allowance of the '787 patent by characterizing the Transaction-Based Storage Patents' disclosures and amending its claims.

91.    The printed publication of the patent application that issued as the '663 patent was also cited as prior art by the Patent Examiner during the prosecution of the '787 patent.  Moreover, the printed publication corresponding to the '528 patent was cited as prior art during the prosecution of many additional Amazon patents over several years, including U.S. Patent Nos. 10,264,071 (filed March 31, 2014), 10,372,685 (filed March 31, 2014), 10,140,312 (filed March 25, 2016), 10,474,636 (filed March 25, 2016), and 10,545,927 (filed March 25, 2016).

92.    Further, the Transaction-Based Storage Patents and the technology they relate to are disclosed on the webpage https://www.primosstoragetechnology.com/technology.php.[142]

93.    Amazon was thus aware of the Transaction-Based Storage Patents family and

---

[142] *See* Ex. 64, *Technology Assets*, PRIMOS STORAGE TECHNOLOGY, https://www.primosstoragetechnology.com/technology.php (last visited Oct. 31, 2025).

disclosures.  On information and belief, Amazon has long known of or willfully blinded itself to the existence of each of the Transaction-Based Storage Patents.

94.    Additionally, Amazon knows how its products operate, and on information and belief, Amazon investigated the '663 patent and its infringement of the Transaction-Based Storage Patents Accused Products.  Further, on information and belief, Amazon either knowingly infringed the '663 patent or willfully blinded itself to its infringement of the '663 patent and acted in wanton disregard of Primos Storage's patent rights.

95.    Despite becoming aware of or willfully blinding itself to its infringement of the '663 patent, Amazon nonetheless continued to engage in and escalated its infringing activities by continuing to develop, advertise, make available, and use the infringing functionalities of the Transaction-Based Storage Patents Accused Products.  On information and belief, Amazon made no attempts to design around the '663 patent or otherwise stop its infringing behavior.

96.    Amazon's infringement of the '663 patent was therefore willful.

97.    Amazon also indirectly infringed the '663 patent by inducing others to infringe and contributing to the infringement of others, including third party users of the Transaction-Based Storage Patents Accused Products in this District and throughout the United States.  As described above, on information and belief, Amazon has long known about the Transaction-Based Storage Patents.

98.    On information and belief, Amazon actively induced the infringement of the '663 patent under 35 U.S.C. § 271(b) by actively inducing the infringement of the Transaction-Based Storage Patents Accused Products by third parties in the United States.  Amazon knew or was willfully blind to the fact that its conduct would induce these third parties to act in a manner that infringes the '663 patent in violation of 35 U.S.C. § 271(a).

99.    Amazon actively encouraged third parties to directly infringe the '663 patent by, for example, marketing the Transaction-Based Storage Patents Accused Products and infringing functionalities to consumers; working with consumers to implement, install and/or operate the Transaction-Based Storage Patents Accused Products and infringing functionalities; fully supporting and managing consumers' continuing use of the Transaction-Based Storage Patents Accused Products and infringing functionalities; and providing technical assistance to consumers during their use of the Transaction-Based Storage Patents Accused Products and infringing functionalities.[143]

100.    On information and belief, Amazon contributorily infringed the '663 patent under 35 U.S.C. § 217(c) by importing, selling, and/or offering to sell within the United States the Transaction-Based Storage Patents Accused Products (or components thereof) that constituted a material part of the claimed invention and were not staple articles of commerce suitable for substantial non-infringing use.  For example, the hardware and/or software for storing data using

---

[143] *See e.g.,* Ex. 17, *Getting Started with Amazon S3*, AWS, https://docs.aws.amazon.com/AmazonS3/latest/userguide/GetStartedWithS3.html (last accessed Nov. 12, 2025); Ex. 37, Amazon Web Services, *Getting started with Amazon S3 – Demo*, (YouTube, June 17, 2020), https://www.youtube.com/watch?v=e6w9LwZJFIA; Ex. 43, *What is Amazon EMR?*, AWS, https://docs.aws.amazon.com/emr/latest/ManagementGuide/emr-what-is-emr.html (last accessed Nov. 12, 2025); Ex. 46, Amazon Web Services, *AWS re:Invent 2018: Hadoop/Spark to Amazon EMR, Architect It for Security & Governance (ANT312)*, (YouTube, Nov. 29, 2018), https://www.youtube.com/watch?v=Ewv8GQ8KCyI; Ex. 48, AWS Developers, *Amazon EMR Deep Dive and Best Practices – AWS Online Tech Talks*, (YouTube, Aug. 25, 2020), https://www.youtube.com/watch?v=dU40df0Suoo; Ex. 53, *Set up for Amazon EBS*, AWS, https://docs.aws.amazon.com/ebs/latest/userguide/setting-up.html (last accessed Nov. 12, 2025); Ex. 54, *Lustre User Guide: FSx for Lustre*, AWS, https://docs.aws.amazon.com/pdfs/fsx/latest/LustreGuide/LustreGuide.pdf (last accessed Nov. 12, 2025); Ex. 55, *Getting started with Amazon FSx for Lustre*, AWS, https://docs.aws.amazon.com/fsx/latest/LustreGuide/getting-started.html (last accessed Nov. 12, 2025); Ex. 57, AWS Events, *Amazon FSx for Lustre: Persistent Storage Overview*, (YouTube, Apr. 23, 2020), https://www.youtube.com/watch?v=ttCAqwnN_Qo; Exs. 6-7, 14-16, 18-22, 28-30, 32-33, 35, 38, 47, 50, 51, 61.

Amazon S3, Apache Hadoop on Amazon EMR, Amazon EC2 instances and Amazon EBS, and Amazon FSx for Lustre were material, had no substantial non-infringing uses, and were known by Amazon to be especially made or adapted for use in a manner that infringes the '663 patent.

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 7,937,528

101.    Primos Storage incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

102.    Primos Storage is the assignee and lawful owner of all right, title, and interest in and to the '528 patent.  The '528 patent is valid and enforceable.

103.    On information and belief, Amazon has infringed the '528 patent in violation of 35 U.S.C. § 271(a), either literally or through the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States products and/or methods that practiced at least claim 1 of the '528 patent, including with respect to the Transaction-Based Storage Patents Accused Products.  Amazon's infringement dates from at least six years prior to the filing of this Complaint until the expiration of the '528 patent.  On information and belief, in relevant respects for the Transaction-Based Storage Patents Accused Products, Amazon.com and AWS acted in concert with one another.

104.    During the infringing time period, the Transaction-Based Storage Patents Accused Products met every limitation of at least claim 1 of the '528 patent, which recites:

1. A method of logging transactions in a data storage system comprising:
    Storing variable-size data objects in a data storage subsystem using one or more storage devices comprised of:
        an array of data storage units, where in the array is configured to provide one or more ranks, each of the one or more ranks providing stripes for storing data objects; and
        a rank manager that performs configuration processing associated with the one or more ranks;
        wherein the data storage subsystem is configured to write data corresponding to each of the stripes into the one or more ranks as a unit;

keeping track of space usage in the data storage subsystem via a stripe space table;

processing, via a mapping component, mapping information between the data object identifiers and physical address information of the variable-sized data objects within the data storage subsystem; and

performing operations among the data storage subsystem, the mapping component and the stripe space table, wherein the operations are coordinated to implement logging variable-sized data objects to be stored and logging changes to stored, variable-size data objects.

105.    For example, Amazon S3 is and was an object data storage system that implemented transaction logging.[144]  With versioning, Amazon S3 logged each data object and any changes to each data object, such as the storage of a new version of an object or the deletion of an object.  "Versioning allows you to preserve, retrieve, and restore every version of every object stored in an Amazon S3 bucket. . . . Older versions of an overwritten or deleted object can be retrieved by specifying a version in the request."[145]

---

[144] *See* Ex. 14.

[145] *See* Ex. 16, at 6; Ex. 47, at 1; Ex. 7.

# How S3 Versioning works

⬇ PDF    ⬇ RSS    ⬤ Focus mode

You can use S3 Versioning to keep multiple versions of an object in one bucket so that you can restore objects that are accidentally deleted or overwritten. For example, if you apply S3 Versioning to a bucket, the following changes occur:

- If you delete an object, instead of removing the object permanently, Amazon S3 inserts a delete marker, which becomes the current object version. You can then restore the previous version. For more information, see Deleting object versions from a versioning-enabled bucket.
- If you overwrite an object, Amazon S3 adds a new object version in the bucket. The previous version remains in the bucket and becomes a noncurrent version. You can restore the previous version.

> ⓘ **Note**
>
> Normal Amazon S3 rates apply for every version of an object that is stored and transferred. Each version of an object is the entire object; it is not a diff from the previous version. Thus, if you have three versions of an object stored, you are charged for three objects.

Each S3 bucket that you create has a *versioning* subresource associated with it. (For more information, see General purpose buckets configuration options.) By default, your bucket is *unversioned*, and the versioning subresource stores the empty versioning configuration, as follows.

106.    Additionally, on information and belief, to ensure that out-of-date versions of a data object were not mistakenly retrieved, Amazon S3 always implemented transaction logging.

107.    Amazon S3 stored variable-size data objects.  "Individual Amazon S3 objects can range in size from a minimum of 0 bytes to a maximum of 5 TB."[146]  Amazon S3 also recorded changes to existing data objects to new storage space instead of the exact location where the data object was originally written, and S3 permitted new versions to be of any file size.[147]

108.    Amazon S3 had storage devices with an array of data storage units, wherein the array contained one or more ranks that provided stripes for storing data objects.  On information and belief, Amazon S3 transformed its data objects into shards that were stored across groups of

---

[146] *See* Ex. 16, at 1.

[147] *See id.*; Ex. 47, at 1-2; Ex. 7.

servers called R2D2s.  Amazon S3 wrote and read data corresponding to stripes into R2D2s as a unit.[148]



---

[148] *See* Ex. 8, at 5, 7-8; Ex. 18, at 8:32; Ex. 49, at 14:04.

# Sharding

S3 tries to spread these shards as broadly as they can. They've shared that they have tens of thousands of customers with data stored over a million physical drives.

Spreading the data around gives them the following benefits:

**1. Hot Spot Aversion**
When the data is well spread out, no single customer can cause a hot spot that affects the system. Hot spots are particularly troublesome and worth avoiding, as they introduce cascading delays throughout the system and in the worst case can result in unpleasant domino effects.

**2. Burst Demand**
Similarly, the extra parallelism afforded by each drive the shards are on can allow for greater burst IO compared to what a naive solution may bring. (e.g the data replicated on 3 drives)

**3. Greater Durability**
The more the shards are spread, the greater the durability. You can sustain more individual machine failures.

**4. No Read Amplification**
Read amplification denotes how many disk seeks a single read causes. Assuming homogeneous hardware, a single read will still cause roughly the same amount of disk seeks. But since the data is spread around, those seeks will **not** be on the same drive.

The less disk seeks one HDD needs to do, the better. This reduces the likelihood of high latency.



109. Amazon S3 had a rank manager that performed configuration processing associated with the one or more ranks. On information and belief, a combination of specialized processes running on servers called C3PO, Skynet, Skywalker, Master Control Program, and Migration Manager managed the groups of R2D2 servers. This management included detecting/setting the amount of data each R2D2 server could store, removing failed, unresponsive, or otherwise faulty R2D2s from the subgroup of R2D2 servers, and adding new R2D2s to the subgroup.

110. Amazon S3 had a stripe space table that kept track of space usage in the data storage subsystem. On information and belief, C3PO servers communicated with R2D2 servers to understand how much storage space the R2D2s have available. Amazon S3 also tracked whether data stored in stripes corresponded to valid data that was still in use or invalid data that was no longer in use.

111. Amazon S3 had a mapping component that processed mapping information between data object identifiers and physical address information of the data objects within the data

storage subsystem. On information and belief, the keymap (which includes Keymap Functional Coordinator and Brick Manager servers) and/or the Volume index (which includes the Blob Assembler and Skynet servers) processed mapping information between object keys and blindexes and/or blindexes and R2D2 server addresses.

112. Amazon S3 had at least one processing component that performed operations among the data storage subsystem, the mapping component and the stripe space table, wherein the operations were coordinated to implement logging data objects to be stored and logging changes to stored data objects. On information and belief, Amazon S3 coordinated among the various data storage subsystem processes, the mapping processes, and the stripe space table to log the storing of shards that corresponded to data objects and any changes to the shards that corresponded to data objects, such as when data objects or their corresponding shards were created, stored, modified, deleted, moved, or copied. For instance, when a data object was to be sharded and stored, Skynet servers identified the group of R2D2 servers where the data was to be written based in part on the available storage space of R2D2 servers from C3PO servers, and Skynet then updated the key-blindex-R2D2 server mappings to reflect where the data object was stored. When a data object was to be updated (or moved), Skynet servers identified the group of R2D2 servers where the new data was to be written based in part on the available storage space of R2D2 servers from C3PO servers, and Skynet then updated the key-blindex-R2D2 server mappings to reflect where the new data object was stored, and the old data object was marked as the previous version (or for deletion).

113. As another example, Hadoop Distributed File System ("HDFS" or "Hadoop") (including Apache Hadoop on Amazon EMR) is and was an object data storage system that implemented transaction logging. "Hadoop Distributed File System (HDFS) is a distributed, scalable file system for Hadoop. HDFS distributes the data it stores across instances in the cluster,

storing multiple copies of data on different instances to ensure that no data is lost if an individual instance fails."[149]  Hadoop maintained a write-ahead log (the EditLog) in the NameNode that durably recorded filesystem modifications (e.g., write, delete) as transactions.  Hadoop's write-once design means that each data write was recorded as a transaction event in the EditLog.[150] Hadoop also may have used snapshots to "create point-in-time copies of the file system" and enable "data backup, protection against user errors and disaster recovery."[151]

## The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

The NameNode keeps an image of the entire file system namespace and file Blockmap in memory. When the NameNode starts up, or a checkpoint is triggered by a configurable threshold, it reads the FsImage and EditLog from disk, applies all the transactions from the EditLog to the in-memory representation of the FsImage, and flushes out this new version into a new FsImage on disk. It can then truncate the old EditLog because its transactions have been applied to the persistent FsImage. This process is called a checkpoint. The purpose of a checkpoint is to make sure that HDFS has a consistent view of the file system metadata by taking a snapshot of the file system metadata and saving it to FsImage. Even though it is efficient to read a FsImage, it is not efficient to make incremental edits directly to a FsImage. Instead of modifying FsImage for each edit, we persist the edits in the Editlog. During the checkpoint the changes from Editlog are applied to the FsImage. A checkpoint can be triggered at a given time interval (`dfs.namenode.checkpoint.period`) expressed in seconds, or after a given number of filesystem transactions have accumulated (`dfs.namenode.checkpoint.txns`). If both of these properties are set, the first threshold to be reached triggers a checkpoint.

114.    Hadoop stored variable-sized data objects.  Hadoop stored files of arbitrary length, ranging from small to very large.  Files were further segmented into variable sized blocks—which by default were 128 MB but may have been configured to other sizes—and the final block of a file was smaller, reflecting only the remainder of the file's data.[152]  Hadoop also recorded changes to existing data files to new storage space, and Hadoop permitted new versions to be of any file

---

[149] *See* Ex. 51, at 13.

[150] *See* Ex. 23, at 2, 4.

[151] *See* Ex. 24, at 1.

[152] *See* Ex. 23, at 5-6.

size.[153]

# Data Organization

## ⊟ Data Blocks

HDFS is designed to support very large files. Applications that are compatible with HDFS are those that deal with large data sets. These applications write their data only once but they read it one or more times and require these reads to be satisfied at streaming speeds. HDFS supports write-once-read-many semantics on files. A typical block size used by HDFS is 128 MB. Thus, an HDFS file is chopped up into 128 MB chunks, and if possible, each chunk will reside on a different DataNode.

115.     Hadoop had storage devices with an array of data storage units, wherein the array contained one or more ranks that provided stripes for storing data objects.  Hadoop clusters contained groups of DataNodes, and files were divided into blocks of data that were written as a unit in stripes across each group of DataNodes.[154]  This occurred both when Hadoop was doing standard 3x replication of data and when Hadoop was using erasure coding to store data.[155]

---

[153] *See id*., at 2, 5-6; Ex. 24, at 1.

[154] *See* Ex. 23, at 2-3.

[155] *See* Ex. 52, at 1.



## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file.

All blocks in a file except the last block are the same size, while users can start a new block without filling out the last block to the configured block size after the support for variable length block was added to append and hsync.

An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once (except for appends and truncates) and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.



## Background

In storage systems, the most notable usage of EC is Redundant Array of Inexpensive Disks (RAID). RAID implements EC through striping, which divides logically sequential data (such as a file) into smaller units (such as bit, byte, or block) and stores consecutive units on different disks. In the rest of this guide this unit of striping distribution is termed a striping cell (or cell). For each stripe of original data cells, a certain number of parity cells are calculated and stored – the process of which is called encoding. The error on any striping cell can be recovered through decoding calculation based on surviving data and parity cells.

Integrating EC with HDFS can improve storage efficiency while still providing similar data durability as traditional replication-based HDFS deployments. As an example, a 3x replicated file with 6 blocks will consume 6*3 = 18 blocks of disk space. But with EC (6 data, 3 parity) deployment, it will only consume 9 blocks of disk space.

## Architecture

In the context of EC, striping has several critical advantages. First, it enables online EC (writing data immediately in EC format), avoiding a conversion phase and immediately saving storage space. Online EC also enhances sequential I/O performance by leveraging multiple disk spindles in parallel; this is especially desirable in clusters with high end networking. Second, it naturally distributes a small file to multiple DataNodes and eliminates the need to bundle multiple files into a single coding group. This greatly simplifies file operations such as deletion, quota reporting, and migration between federated namespaces.

116.    Hadoop had a rank manager that performed configuration processing associated with the one or more ranks.  On information and belief, the NameNode and cluster management components monitored and managed the DataNodes within each cluster.  This management included detecting/setting the amount of data each DataNode could store, removing failed, unresponsive, or otherwise faulty DataNodes from the group of DataNodes, and adding new DataNodes to the cluster.[156]

### ⊞ Data Disk Failure, Heartbeats and Re-Replication

Each DataNode sends a Heartbeat message to the NameNode periodically. A network partition can cause a subset of DataNodes to lose connectivity with the NameNode. The NameNode detects this condition by the absence of a Heartbeat message. The NameNode marks DataNodes without recent Heartbeats as dead and does not forward any new IO requests to them. Any data that was registered to a dead DataNode is not available to HDFS any more. DataNode death may cause the replication factor of some blocks to fall below their specified value. The NameNode constantly tracks which blocks need to be replicated and initiates replication whenever necessary. The necessity for re-replication may arise due to many reasons: a DataNode may become unavailable, a replica may become corrupted, a hard disk on a DataNode may fail, or the replication factor of a file may be increased.

The time-out to mark DataNodes dead is conservatively long (over 10 minutes by default) in order to avoid replication storm caused by state flapping of DataNodes. Users can set shorter interval to mark DataNodes as stale and avoid stale nodes on reading and/or writing by configuration for performance sensitive workloads.

---

[156] *See* Ex. 23, at 5.

## ⊡ Cluster Rebalancing

The HDFS architecture is compatible with data rebalancing schemes. A scheme might automatically move data from one DataNode to another if the free space on a DataNode falls below a certain threshold. In the event of a sudden high demand for a particular file, a scheme might dynamically create additional replicas and rebalance other data in the cluster. These types of data rebalancing schemes are not yet implemented.

## ⊡ Data Integrity

It is possible that a block of data fetched from a DataNode arrives corrupted. This corruption can occur because of faults in a storage device, network faults, or buggy software. The HDFS client software implements checksum checking on the contents of HDFS files. When a client creates an HDFS file, it computes a checksum of each block of the file and stores these checksums in a separate hidden file in the same HDFS namespace. When a client retrieves file contents it verifies that the data it received from each DataNode matches the checksum stored in the associated checksum file. If not, then the client can opt to retrieve that block from another DataNode that has a replica of that block.

117.    Hadoop had a stripe space table that kept track of space usage in the data storage subsystem.  The NameNode communicated with DataNodes to monitor and understand the available storage space and usage across the cluster.[157]

118.    Hadoop had a mapping component that processed mapping information between data object identifiers and physical address information of the data objects within the data storage subsystem.  The NameNode processed mapping information between filenames and block IDs and physical address information corresponding to DataNodes.  The NameNode kept the entire filesystem namespace image, including inodes that list all the blocks corresponding to data files and mappings for all the blocks.  The inodes and the list of blocks that define the metadata of the namespace were collectively called the FsImage.[158]

---

[157] *See id*.

[158] *See id*., at 4-5.

## The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

119. Hadoop had at least one processing component that performed operations among the data storage subsystem, the mapping component and the stripe space table, wherein the operations were coordinated to implement logging data objects to be stored and logging changes to stored data objects. A NameNode processing component and multiple DataNodes performed operations that involved the storage on DataNodes, the NameNode component that processed mapping information between filenames and block IDs and physical address information corresponding to DataNodes, and the NameNodes' metadata about storage capacity and usage across DataNodes. These operations were coordinated, such as when data files or their corresponding blocks or cells were created, stored, modified, deleted, moved, or copied. For example, when a data file was to be stored, the NameNode identified the set of DataNodes where the data blocks were to be written based in part on the available storage space and load of DataNodes, and then the NameNode updated the filename-to-block-to-DataNode mapping to reflect where each block of the data file was stored. When a data file was to be updated or moved, the NameNode identified the DataNodes where the new data blocks were to be written based in part on the current available storage space on DataNodes, then updated the block-to-DataNode mapping to reflect the new storage locations, and marked the old data blocks as previous versions

or for deletion, coordinating data replication and consistency accordingly.[159]

## The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

The NameNode keeps an image of the entire file system namespace and file Blockmap in memory. When the NameNode starts up, or a checkpoint is triggered by a configurable threshold, it reads the FsImage and EditLog from disk, applies all the transactions from the EditLog to the in-memory representation of the FsImage, and flushes out this new version into a new FsImage on disk. It can then truncate the old EditLog because its transactions have been applied to the persistent FsImage. This process is called a checkpoint. The purpose of a checkpoint is to make sure that HDFS has a consistent view of the file system metadata by taking a snapshot of the file system metadata and saving it to FsImage. Even though it is efficient to read a FsImage, it is not efficient to make incremental edits directly to a FsImage. Instead of modifying FsImage for each edit, we persist the edits in the Editlog. During the checkpoint the changes from Editlog are applied to the FsImage. A checkpoint can be triggered at a given time interval (`dfs.namenode.checkpoint.period`) expressed in seconds, or after a given number of filesystem transactions have accumulated (`dfs.namenode.checkpoint.txns`). If both of these properties are set, the first threshold to be reached triggers a checkpoint.

120.    As another example, computing instances running XFS (including Amazon EC2 instances) also infringed at least claim 1 of the '528 patent.

121.    On information and belief, EC2 instances running XFS comprised a transaction-logging data storage system that stored variable-size data objects, such as blocks of data.[160]  On information and belief, they contained multiple hard drives that comprised at least one rank and

---

[159] *See id.*

[160] *See* Ex. 29; Ex. 27, at 1-3, 7.

wrote data as a unit into stripes across the rank, using software-implemented RAID or an equivalent.[161]

122.    On information and belief, when data was to be stored on an EC2 instance running XFS, the location on each drive where the data was to be written was based in part on the available storage space of each drive and the stripes on each drive, and XFS updated the data-to-drives/stripes mapping to reflect where the data object was stored.[162]  When data was to be updated (or moved), XFS identified the drives and stripes where the new data was to be written based in part on the available storage space of the drives and stripes, and XFS then updated the data-to-drives/stripes mappings to reflect where the new data was stored, and the old data object was marked as the previous version (or for deletion).



**0**



Amazon Linux 2 images have used XFS since sometime in 2017.

Changing the default filesystem is the kind of change we would only make on a product release boundary - say, from AL AMI to AL2. We strive to maintain as much consistency as possible throughout the life cycle of a product. AL AMI uses ext4 filesystems by default, and AL2 uses XFS, and both will continue to do so.



Comment    Share



AWS-User-6280256
answered 5 years ago

# XFS Logging Design

## Preamble

This document describes the design and algorithms that the XFS journalling subsystem is based on. This document describes the design and algorithms that the XFS journalling subsystem is based on so that readers may familiarize themselves with the general concepts of how transaction processing in XFS works.

We begin with an overview of transactions in XFS, followed by describing how transaction reservations are structured and accounted, and then move into how we guarantee forwards progress for long running transactions with finite initial reservations bounds. At this point we need to explain how relogging works. With the basic concepts covered, the design of the delayed logging mechanism is documented.

---

[161] *See* Ex. 30, at 1-2.

[162] *See* Ex. 27, at 1-3, 7.

## Introduction

XFS uses Write Ahead Logging for ensuring changes to the filesystem metadata are atomic and recoverable. For reasons of space and time efficiency, the logging mechanisms are varied and complex, combining intents, logical and physical logging mechanisms to provide the necessary recovery guarantees the filesystem requires.

Some objects, such as inodes and dquots, are logged in logical format where the details logged are made up of the changes to in-core structures rather than on-disk structures. Other objects - typically buffers - have their physical changes logged. Long running atomic modifications have individual changes chained together by intents, ensuring that journal recovery can restart and finish an operation that was only partially done when the system stopped functioning.

# Amazon EBS and RAID configuration



With Amazon EBS, you can use any of the standard RAID configurations that you can use with a traditional bare metal server, as long as that particular RAID configuration is supported by the operating system for your instance. This is because all RAID is accomplished at the software level.

## RAID configuration options

Creating a RAID 0 array allows you to achieve a higher level of performance for a file system than you can provision on a single Amazon EBS volume. Use RAID 0 when I/O performance is of the utmost importance. With RAID 0, I/O is distributed across the volumes in a stripe. If you add a volume, you get the straight addition of throughput and IOPS. However, keep in mind that performance of the stripe is limited to the worst performing volume in the set, and that the loss of a single volume in the set results in a complete data loss for the array.

The resulting size of a RAID 0 array is the sum of the sizes of the volumes within it, and the bandwidth is the sum of the available bandwidth of the volumes within it. For example, two 500 GiB `io1` volumes with 4,000 provisioned IOPS each create a 1,000 GiB RAID 0 array with an available bandwidth of 8,000 IOPS and 1,000 MiB/s of throughput.

If the device has a file system, the command shows information about the file system type. For example, the following output shows a root device with the XFS file system.

```
[ec2-user ~]$ sudo file -s /dev/xvda1
/dev/xvda1: SGI XFS filesystem data (blksz 4096, inosz 512, v2 dirs)
```

## Transaction Reservations

It has been mentioned a number of times now that the logging subsystem needs to provide a forwards progress guarantee so that no modification ever stalls because it can't be written to the journal due to a lack of space in the journal. This is achieved by the transaction reservations that are made when a transaction is first allocated. For permanent transactions, these reservations are maintained as part of the transaction rolling mechanism.

A transaction reservation provides a guarantee that there is physical log space available to write the modification into the journal before we start making modifications to objects and items. As such, the reservation needs to be large enough to take into account the amount of metadata that the change might need to log in the worst case. This means that if we are modifying a btree in the transaction, we have to reserve enough space to record a full leaf-to-root split of the btree. As such, the reservations are quite complex because we have to take into account all the hidden changes that might occur.

## Delayed Logging: Concepts

The key thing to note about the asynchronous logging combined with the relogging technique XFS uses is that we can be relogging changed objects multiple times before they are committed to disk in the log buffers. If we return to the previous relogging example, it is entirely possible that transactions A through D are committed to disk in the same log buffer.

That is, a single log buffer may contain multiple copies of the same object, but only one of those copies needs to be there - the last one "D", as it contains all the changes from the previous changes. In other words, we have one necessary copy in the log buffer, and three stale copies that are simply wasting space. When we are doing repeated operations on the same set of objects, these "stale objects" can be over 90% of the space used in the log buffers. It is clear that reducing the number of stale objects written to the log would greatly reduce the amount of metadata we write to the log, and this is the fundamental goal of delayed logging.

123.    As another example, Lustre (including Amazon FSx for Lustre) infringed at least claim 1 of the '528 patent.

124.    On information and belief, Amazon FSx instances running the Lustre file system comprised a transaction-logging data storage system that stored variable-size data objects, such as blocks of data.[163] On information and belief, they contained multiple object storage targets (OSTs) that comprised at least one rank and wrote across the OSTs using stripes, where writes were made across stripes as a unit.[164] On information and belief, when data was to be stored on an Amazon FSx instance running Lustre, the location where the data was to be written was based in part on the available storage space of each OST and the stripes on each OST, and Lustre updated the data-

---

[163] *See* Ex. 33, at 1-3; Ex. 34, at 1-3.
[164] *See* Ex. 36, at 1; Ex. 59, at 1.

to-OSTs/stripes mapping to reflect where the data was stored.[165]  When data was to be updated (or moved), Lustre identified the OSTs and stripes where the new data was to be written based in part on the available storage space of the OSTs and stripes, and Lustre then updated the data-to-OSTs/stripes mappings to reflect where the new data was stored, and the old data object was marked as the previous version (or for deletion).[166]

## Overview

Amazon FSx for Lustre, built on Lustre, the popular high-performance file system, provides scale-out performance that increases linearly with a file system's size. Lustre file systems scale horizontally across multiple file servers and disks. This scaling gives each client direct access to the data stored on each disk to remove many of the bottlenecks present in traditional file systems. Amazon FSx for Lustre builds on the Lustre scalable architecture to support high levels of performance across large numbers of clients.

---

[165] *See* Ex. 60, at 1-5; Ex. 34, at 1-3.

[166] *See* Ex. 63, at 1-2; *see also* Ex. 61; Ex. 62.

# How FSx for Lustre file systems work

Each FSx for Lustre file system consists of the file servers that the clients communicate with, and a set of disks attached to each file server that store your data. Each file server employs a fast, in-memory cache to enhance performance for the most frequently accessed data. Depending on the storage class, your file server can be provisioned with an optional SSD read cache. When a client accesses data that's stored in the in-memory or SSD cache, the file server doesn't need to read it from disk, which reduces latency and increases the total amount of throughput you can drive. The following diagram illustrates the paths of a write operation, a read operation served from disk, and a read operation served from in-memory or SSD cache.

## Lustre Architecture

### What is Lustre?

Lustre is a GNU General Public licensed, open-source distributed parallel file system developed and maintained by DataDirect Networks (DDN). Due to the extremely scalable architecture of the Lustre file system, Lustre deployments are popular in scientific supercomputing, as well as in the oil and gas, manufacturing, rich media, and finance sectors. Lustre presents a POSIX interface to its clients with parallel access capabilities to the shared file objects. As of this writing, Lustre is the most widely used file system on the top 500 fastest computers in the world. Lustre is the file system of choice on 7 out of the top 10 fastest computers in the world today, over 70% of the top 100, and also for over 60% of the top 500 [1].

In numerous places Lustre™ needs a logging API. Generally log records are written transactionally and canceled when a commit on another system completes. There are many uses for this, all associated with updates of persistent information on multiple systems.

Log records are stored in log objects. Log objects are currently implemented as files, and possibly, in some minor ways, the API below reflects this. We speak of log objects and sometimes of llog's (*lustre-logs*).

## File system storage layout

All file data in Lustre is stored on storage volumes called *object storage targets* (OSTs). All file metadata (including file names, timestamps, permissions, and more) is stored on storage volumes called *metadata targets* (MDTs). Amazon FSx for Lustre file systems are composed of one or more MDTs and multiple OSTs. Amazon FSx for Lustre spreads your file data across the OSTs that make up your file system to balance storage capacity with throughput and IOPS load.

# Configuring Lustre File Striping

One of the main factors leading to the high performance of Lustre™ file systems is the ability to stripe data over multiple OSTs. The stripe count can be set on a file system, directory, or file level. An example showing the use of striping is provided below.

The Lustre Striping Guide ⤢ provides a good overview of how Lustre file striping works.

For more detailed information, see Chapter 19: *Managing File Striping and Free Space* ⤢ in the *Lustre Operations Manual* ⤢.

## Lustre File Striping

Perlmutter uses Lustre as its $SCRATCH file system. For many applications, a technique called file striping will increase I/O performance. File striping will primarily improve performance for codes doing serial I/O from a single node or parallel I/O from multiple nodes writing to a single shared file as with MPI-I/O, parallel HDF5 or parallel NetCDF.

The Lustre file system is made up of an underlying set of I/O servers and disks called Object Storage Targets (OSTs). A file is said to be striped when its data is on multiple OSTs. Read and write operations on striped files will access multiple OST's concurrently. File striping is a way to increase I/O performance since writing or reading from multiple OST's simultaneously increases the available I/O bandwidth. Selecting the best striping can be complicated since striping a file over too few OSTs will not take advantage of the system's available bandwidth, but striping over too many will cause unnecessary overhead and lead to a loss in performance. The default striping is set to 1 on Perlmutter's `$SCRATCH`. This means that each file is written to 1 OST on Perlmutter by default.



- Management Server (MGS) - Provides configuration information for the file system. When mounting the file system, the Lustre clients will contact the MGS to retrieve details on how the file system is configured (what servers are part of the file system, failover information, etc.). The MGS can also proactively notify clients about changes in the file system configuration and plays a role in the Lustre recovery process.

- Management Target (MGT) - Block device used by the MGS to persistently store Lustre file system configuration information. It typically only requires a relatively small amount of space (on the order to 100 MB).

- Metadata Server (MDS) - Manages the file system namespace and provides metadata services to clients such as filename lookup, directory information, file layouts, and access permissions. The file system will contain at least one MDS but may contain more.

- Metadata Target (MDT) - Block device used by an MDS to store metadata information. A Lustre file system will contain at least one MDT which holds the root of the file system, but it may contain multiple MDTs. Common configurations will use one MDT per MDS server, but it is possible for an MDS to host multiple MDTs. MDTs can be shared among multiple MDSs to support failover, but each MDT can only be mounted by one MDS at any given time.

- Object Storage Server (OSS) - Stores file data objects and makes the file contents available to Lustre clients. A file system will typically have many OSS nodes to provide a higher aggregate capacity and network bandwidth.

- Object Storage Target (OST) - Block device used by an OSS node to store the contents of user files. An OSS node will often host several OSTs. These OSTs may be shared among multiple hosts, but just like MDTs, each OST can only be mounted on a single OSS at any given time. The total capacity of the file system is the sum of all individual OST capacities.

125.   On information and belief, and for all the reasons above, Amazon infringed the '528 patent from at least six years prior to the filing of this Complaint until the expiration of the '528 patent.

126.   On information and belief, to the extent applicable, Primos Storage has complied

with 35 U.S.C. § 287(a) with respect to the '528 patent.

127.    On information and belief, Amazon has long known about the Transaction-Based Storage Patents.  On March 31, 2014, Amazon filed patent application number 14/231,116, which issued on September 26, 2017 as U.S. Patent No. 9,772,787 ("the '787 patent").  During the prosecution of the '787 patent, the Patent Examiner identified printed publication number 2010/0205231, which corresponds to the Primos Storage patent application that issued as the '528 patent.

128.    In particular, the Patent Examiner rejected the then-pending claims of the '787 patent in view of the printed publication, which contains the specification for all the Transaction-Based Storage Patents.  Amazon then studied the specification for the Transaction-Based Storage Patents in detail, as it discussed the specification on at least three occasions in response to Patent Examiner rejections.  Ultimately, Amazon obtained allowance of the '787 patent by characterizing the Transaction-Based Storage Patents' disclosures and amending its claims.

129.    The printed publication of the patent application that issued as the '663 patent was also cited as prior art by the Patent Examiner during the prosecution of the '787 patent.  Moreover, the printed publication corresponding to the '528 patent was cited as prior art during the prosecution of many additional Amazon patents over several years, including U.S. Patent Nos. 10,264,071 (filed March 31, 2014), 10,372,685 (filed March 31, 2014), 10,140,312 (filed March 25, 2016), 10,474,636 (filed March 25, 2016), and 10,545,927 (filed March 25, 2016).

130.    Further, the Transaction-Based Storage Patents and the technology they relate to are disclosed on the webpage https://www.primosstoragetechnology.com/technology.php.[167]

131.    Amazon was thus aware of the Transaction-Based Storage Patents family and

---

[167] *See* Ex. 64.

disclosures.  On information and belief, Amazon has long known of or willfully blinded itself to the existence of each of the Transaction-Based Storage Patents.

132.    Additionally, Amazon knows how its products operate, and on information and belief, Amazon investigated the '528 patent and its infringement of the Transaction-Based Storage Patents Accused Products.  Further, on information and belief, Amazon either knowingly infringed the '528 patent or willfully blinded itself to its infringement of the '528 patent and acted in wanton disregard of Primos Storage's patent rights.

133.    Despite becoming aware of or willfully blinding itself to its infringement of the '528 patent, Amazon nonetheless continued to engage in and escalated its infringing activities by continuing to develop, advertise, make available, and use the infringing functionalities of the Transaction-Based Storage Patents Accused Products.  On information and belief, Amazon made no attempts to design around the '528 patent or otherwise stop its infringing behavior.

134.    Amazon's infringement of the '528 patent was therefore willful.

135.    Amazon also indirectly infringed the '528 patent by inducing others to infringe and contributing to the infringement of others, including third party users of the Transaction-Based Storage Patents Accused Products in this District and throughout the United States.  As described above, on information and belief, Amazon has long known about the Transaction-Based Storage Patents since at least.

136.    On information and belief, Amazon actively induced the infringement of the '528 patent under 35 U.S.C. § 271(b) by actively inducing the infringement of the Transaction-Based Storage Patents Accused Products by third parties in the United States.  Amazon knew or was willfully blind to the fact that its conduct would induce these third parties to act in a manner that infringes the '528 patent in violation of 35 U.S.C. § 271(a).

137.    Amazon actively encouraged third parties to directly infringe the '528 patent by, for example, marketing the Transaction-Based Storage Patents Accused Products and infringing functionalities to consumers; working with consumers to implement, install and/or operate the Transaction-Based Storage Patents Accused Products and infringing functionalities; fully supporting and managing consumers' continuing use of the Transaction-Based Storage Patents Accused Products and infringing functionalities; and providing technical assistance to consumers during their use of the Transaction-Based Storage Patents Accused Products and infringing functionalities.[168]

138.    On information and belief, Amazon contributorily infringed the '528 patent under 35 U.S.C. § 217(c) by importing, selling, and/or offering to sell within the United States the Transaction-Based Storage Patents Accused Products (or components thereof) that constituted a material part of the claimed invention and were not staple articles of commerce suitable for substantial non-infringing use.  For example, the hardware and/or software for storing data using Amazon S3, Apache Hadoop on Amazon EMR, Amazon EC2 instances and Amazon EBS, and Amazon FSx for Lustre were material, had no substantial non-infringing uses, and were known by Amazon to be especially made or adapted for use in a manner that infringes the '528 patent.

## COUNT III
## INFRINGEMENT OF U.S. PATENT NO. 10,599,344

139.    Primos Storage incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

140.    Primos Storage is the assignee and lawful owner of all right, title, and interest in and to the '344 patent.  The '344 patent is valid and enforceable.

---

[168] *See*, *e.g.*, Exs. 6-7, 14-22, 28-30, 32-33, 35, 37-38, 43; 46-48, 50, 51, 53-55; 57; 61.

141.    On information and belief, Amazon has infringed the '344 patent in violation of 35 U.S.C. § 271(a), either literally or through the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States products and/or methods that practiced at least claim 1 of the '344 patent, including with respect to the Transaction-Based Storage Patents Accused Products.  Amazon's infringement dates from at least six years prior to the filing of this Complaint until the expiration of the '344 patent.  On information and belief, in relevant respects for the Transaction-Based Storage Patents Accused Products, Amazon.com and AWS acted in concert with one another.

142.    During the infringing time period, the Transaction-Based Storage Patents Accused Products met every limitation of at least claims 1 and 2 of the '344 patent, which recite:

1. A storage system comprising:
   A file system that uses variable size objects to store data, the file system being implemented using:
      a plurality of ranks, each of the ranks including an array of storage devices configured to provide a plurality of stripes for storing objects;
      one or more data storage subsystems that store the variable sized objects;
      at least one mapping component associated with the file system; and
      at least one stripe buffer for storing objects to be written into a stripe;
   wherein the file system is adapted to write each stripe of data into the plurality of ranks as a unit;
   wherein the file system appends objects to the stripe buffer according to a write ordering policy;
   wherein the file system is adapted to process mapping information between data object identifiers and physical address information of the variable-sized data objects within the data storage subsystem; and
   wherein the file system is adapted to perform operations among the data storage subsystem, a mapping component and a stripe space table.

2. The system of claim 1 wherein the operations performed among the data storage subsystem, a mapping component and the stripe space table are coordinated to implement logging variable-sized data objects to be stored and logging changes to the stored, variable-sized data objects.

143.    For example, Amazon S3 is and was a storage system that allowed users to store

and organize data objects (i.e., files) within a file system.[169]   Amazon S3 stored variable-sized objects, ranging in size "from a minimum of 0 bytes to a maximum of 5 TB."[170]

144.    With versioning, Amazon S3 logged each data object and any changes to stored data objects, such as the storage of a new version of an object or the deletion of an object. "Versioning allows you to preserve, retrieve, and restore every version of every object stored in an Amazon S3 bucket. . . . Older versions of an overwritten or deleted object can be retrieved by specifying a version in the request."[171]

# How S3 Versioning works



You can use S3 Versioning to keep multiple versions of an object in one bucket so that you can restore objects that are accidentally deleted or overwritten. For example, if you apply S3 Versioning to a bucket, the following changes occur:

- If you delete an object, instead of removing the object permanently, Amazon S3 inserts a delete marker, which becomes the current object version. You can then restore the previous version. For more information, see Deleting object versions from a versioning-enabled bucket.
- If you overwrite an object, Amazon S3 adds a new object version in the bucket. The previous version remains in the bucket and becomes a noncurrent version. You can restore the previous version.

> ⓘ **Note**
> Normal Amazon S3 rates apply for every version of an object that is stored and transferred. Each version of an object is the entire object; it is not a diff from the previous version. Thus, if you have three versions of an object stored, you are charged for three objects.

Each S3 bucket that you create has a *versioning* subresource associated with it. (For more information, see General purpose buckets configuration options.) By default, your bucket is *unversioned*, and the versioning subresource stores the empty versioning configuration, as follows.

145.    Additionally, on information and belief, to ensure that out-of-date versions of a data

---

[169] *See* Ex. 50, at 3.

[170] *See* Ex. 16, at 1.

[171] *See id.*, at 6; Ex. 47, at 1; Ex. 7.

object were not mistakenly retrieved, Amazon S3 always implemented transaction logging.

146.    Amazon S3 had a plurality of ranks, each of the ranks including an array of storage devices configured to provide a plurality of stripes for storing objects, and one or more data storage subsystems that stored the variable sized objects.    On information and belief, Amazon S3 transformed its data objects into shards that were stored across groups of servers called R2D2s. On information and belief, Amazon S3 wrote and read data corresponding to stripes into R2D2s as a unit.[172]



[172] *See* Ex. 8, at 5, 7-8; Ex. 18, at 8:32; Ex. 49, at 14:04.

# Sharding

S3 tries to spread these shards as broadly as they can. They've shared that they have tens of thousands of customers with data stored over a million physical drives.

Spreading the data around gives them the following benefits:

**1. Hot Spot Aversion**

When the data is well spread out, no single customer can cause a hot spot that affects the system. Hot spots are particularly troublesome and worth avoiding, as they introduce cascading delays throughout the system and in the worst case can result in unpleasant domino effects.

**2. Burst Demand**

Similarly, the extra parallelism afforded by each drive the shards are on can allow for greater burst IO compared to what a naive solution may bring. (e.g the data replicated on 3 drives)

**3. Greater Durability**

The more the shards are spread, the greater the durability. You can sustain more individual machine failures.

**4. No Read Amplification**

Read amplification denotes how many disk seeks a single read causes.Assuming homogeneous hardware, a single read will still cause roughly the same amount of disk seeks. But since the data is spread around, those seeks will **not** be on the same drive.

The less disk seeks one HDD needs to do, the better. This reduces the likelihood of high latency.



147.    On information and belief, a combination of specialized processes running on servers called C3PO, Skynet, Skywalker, Master Control Program, and Migration Manager managed the groups of R2D2 servers.

148.    Amazon S3 had at least one stripe buffer for storing objects to be written into a stripe, wherein the file system appended objects to the stripe buffer according to a write ordering policy.  On information and belief, before a write was made across multiple R2D2s, the data was stored in a buffer in memory where one or more objects to be written into a stripe were accumulated.  On information and belief, objects were appended into the stripe buffer based on factors including when the write requests were received, the frequency of requests relating to specific data objects, and/or the need to maintain data durability requirements, such as to address disk failures or data corruption.

149.    Amazon S3 had a stripe space table that kept track of space usage in the data storage subsystem.  On information and belief, C3PO servers communicated with R2D2 servers to

understand how much storage space the R2D2s had available.  Amazon S3 also tracked whether data stored in stripes corresponded to valid data that was still in use or invalid data that was no longer in use.

150.    Amazon S3 had a mapping component that processed mapping information between data object identifiers and physical address information of the data objects within the data storage subsystem.  On information and belief, the keymap (which includes Keymap Functional Coordinator and Brick Manager servers) and/or the Volume index (which includes the Blob Assembler and Skynet servers) processed mapping information between object keys and blindexes and/or blindexes and R2D2 server addresses.

151.    Amazon S3 was adapted to perform operations among the data storage subsystem, the mapping component and the stripe space table.  On information and belief, Amazon S3 coordinated among the various data storage subsystem processes, the mapping processes, and the stripe space table to log the storing of shards that correspond to data objects and any changes to the shards that correspond to data objects, such as when data objects or their corresponding shards are created, stored, modified, deleted, moved, or copied.  For instance, when a data object is to be sharded and stored, Skynet servers identify the group of R2D2 servers where the data is to be written based in part on the available storage space of R2D2 servers from C3PO servers, and Skynet then updates the key-blindex-R2D2 server mappings to reflect where the data object is stored.  When a data object is to be updated (or moved), Skynet servers identify the group of R2D2 servers where the new data is to be written based in part on the available storage space of R2D2 servers from C3PO servers, and Skynet then updates the key-blindex-R2D2 server mappings to reflect where the new data object is stored, and the old data object is marked as the previous version (or for deletion).

152.    As another example, Hadoop Distributed File System ("HDFS" or "Hadoop") (including Apache Hadoop on Amazon EMR) also infringed at least claims 1 and 2 of the '344 patent.

153.    Hadoop (including Apache Hadoop on Amazon EMR) is and was a storage system that allowed users to store and organize data objects (i.e., files) within a file system. "Hadoop Distributed File System (HDFS) is a distributed, scalable file system for Hadoop. HDFS distributes the data it stores across instances in the cluster, storing multiple copies of data on different instances to ensure that no data is lost if an individual instance fails."[173]

154.    Hadoop logged data objects to be stored and any changes to stored data objects. Hadoop maintained a write-ahead log (the EditLog) in the NameNode that durably recorded filesystem modifications (e.g., write, delete) as transactions. Hadoop's write-once design means that each data write is recorded as a transaction event in the EditLog.[174] Hadoop also may have used snapshots to "create point-in-time copies of the file system" and enable "data backup, protection against user errors and disaster recovery."[175]

---

[173] *See* Ex. 51, at 13.

[174] *See* Ex. 23, at 2, 4.

[175] *See* Ex. 24, at 1.

## The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

The NameNode keeps an image of the entire file system namespace and file Blockmap in memory. When the NameNode starts up, or a checkpoint is triggered by a configurable threshold, it reads the FsImage and EditLog from disk, applies all the transactions from the EditLog to the in-memory representation of the FsImage, and flushes out this new version into a new FsImage on disk. It can then truncate the old EditLog because its transactions have been applied to the persistent FsImage. This process is called a checkpoint. The purpose of a checkpoint is to make sure that HDFS has a consistent view of the file system metadata by taking a snapshot of the file system metadata and saving it to FsImage. Even though it is efficient to read a FsImage, it is not efficient to make incremental edits directly to a FsImage. Instead of modifying FsImage for each edit, we persist the edits in the Editlog. During the checkpoint the changes from Editlog are applied to the FsImage. A checkpoint can be triggered at a given time interval (`dfs.namenode.checkpoint.period`) expressed in seconds, or after a given number of filesystem transactions have accumulated (`dfs.namenode.checkpoint.txns`). If both of these properties are set, the first threshold to be reached triggers a checkpoint.

155.    Hadoop stored variable-sized data objects.  Hadoop stored files of arbitrary length, ranging from small to very large.  Files were further segmented into variable sized blocks—which by default were 128 MB but may have been configured to other sizes—and the final block of a file was smaller, reflecting only the remainder of the file's data.[176]  Hadoop also recorded changes to existing data files to new storage space, and Hadoop permitted new versions to be of any file size.[177]

# Data Organization

## Data Blocks

HDFS is designed to support very large files. Applications that are compatible with HDFS are those that deal with large data sets. These applications write their data only once but they read it one or more times and require these reads to be satisfied at streaming speeds. HDFS supports write-once-read-many semantics on files. A typical block size used by HDFS is 128 MB. Thus, an HDFS file is chopped up into 128 MB chunks, and if possible, each chunk will reside on a different DataNode.

---

[176] *See* Ex. 23, at 5-6.

[177] *See id.*, at 2, 5-6; Ex. 24, at 1.

156.    Hadoop had a plurality of ranks, each of the ranks including an array of storage devices configured to provide a plurality of stripes for storing objects, and one or more data storage subsystems that stored the variable sized objects.  Hadoop clusters contained groups of DataNodes, and files were divided into blocks of data that were written as a unit in stripes across each group of DataNodes.[178]  This occurred both when Hadoop was doing standard 3x replication of data and when Hadoop was using erasure coding to store data.[179]



HDFS Architecture

---

[178] *See* Ex. 23, at 2-3.

[179] *See* Ex. 52, at 1.

## Data Replication

HDFS is designed to reliably store very large files across machines in a large cluster. It stores each file as a sequence of blocks. The blocks of a file are replicated for fault tolerance. The block size and replication factor are configurable per file.

All blocks in a file except the last block are the same size, while users can start a new block without filling out the last block to the configured block size after the support for variable length block was added to append and hsync.

An application can specify the number of replicas of a file. The replication factor can be specified at file creation time and can be changed later. Files in HDFS are write-once (except for appends and truncates) and have strictly one writer at any time.

The NameNode makes all decisions regarding replication of blocks. It periodically receives a Heartbeat and a Blockreport from each of the DataNodes in the cluster. Receipt of a Heartbeat implies that the DataNode is functioning properly. A Blockreport contains a list of all blocks on a DataNode.



89

## Background

In storage systems, the most notable usage of EC is Redundant Array of Inexpensive Disks (RAID). RAID implements EC through striping, which divides logically sequential data (such as a file) into smaller units (such as bit, byte, or block) and stores consecutive units on different disks. In the rest of this guide this unit of striping distribution is termed a striping cell (or cell). For each stripe of original data cells, a certain number of parity cells are calculated and stored – the process of which is called encoding. The error on any striping cell can be recovered through decoding calculation based on surviving data and parity cells.

Integrating EC with HDFS can improve storage efficiency while still providing similar data durability as traditional replication-based HDFS deployments. As an example, a 3x replicated file with 6 blocks will consume 6*3 = 18 blocks of disk space. But with EC (6 data, 3 parity) deployment, it will only consume 9 blocks of disk space.

## Architecture

In the context of EC, striping has several critical advantages. First, it enables online EC (writing data immediately in EC format), avoiding a conversion phase and immediately saving storage space. Online EC also enhances sequential I/O performance by leveraging multiple disk spindles in parallel; this is especially desirable in clusters with high end networking. Second, it naturally distributes a small file to multiple DataNodes and eliminates the need to bundle multiple files into a single coding group. This greatly simplifies file operations such as deletion, quota reporting, and migration between federated namespaces.

157.    On information and belief, Hadoop had at least one stripe buffer for storing objects to be written into a stripe, wherein the file system appended objects to the stripe buffer according to a write ordering policy.  On information and belief, before a write was made across multiple DataNodes, the data was stored in a buffer in memory where one or more objects to be written into a stripe were accumulated.  On information and belief, objects were appended into the stripe buffer based on factors including when the write requests were received, the frequency of requests relating to specific data objects, and/or the need to maintain data durability requirements, such as to address disk failures or data corruption.

158.    Hadoop had a stripe space table that kept track of space usage in the data storage subsystem.  The NameNode communicated with DataNodes to monitor and understand the

available storage space and usage across the cluster.[180]

159.    Hadoop had a mapping component that processed mapping information between data object identifiers and physical address information of the data objects within the data storage subsystem.  The NameNode processed mapping information between filenames and block IDs and physical address information corresponding to DataNodes.   The NameNode kept the entire filesystem namespace image, including inodes that listed all the blocks corresponding to data files and mappings for all the blocks.  The inodes and the list of blocks that defined the metadata of the namespace were collectively called the FsImage.[181]

## The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

160.    Hadoop was adapted to perform operations among the data storage subsystem, the mapping component and the stripe space table.  A NameNode processing component and multiple DataNodes performed operations involving the storage on DataNodes, the NameNode component that processed mapping information between filenames and block IDs and physical address information corresponding to DataNodes, and the NameNodes' metadata about storage capacity and usage across DataNodes.  These operations were coordinated, such as when data files or their corresponding blocks or cells were created, stored, modified, deleted, moved, or copied.  For

---

[180] *See* Ex. 23, at 5.

[181] *See id.*, at 4-5.

example, when a data file was to be stored, the NameNode identified the set of DataNodes where the data blocks were to be written based in part on the available storage space and load of DataNodes, and then the NameNode updated the filename-to-block-to-DataNode mapping to reflect where each block of the data file was stored. When a data file was to be updated or moved, the NameNode identified the DataNodes where the new data blocks were to be written based in part on the current available storage space on DataNodes, then updated the block-to-DataNode mapping to reflect the new storage locations, and marked the old data blocks as previous versions or for deletion, coordinating data replication and consistency accordingly.[182]

## The Persistence of File System Metadata

The HDFS namespace is stored by the NameNode. The NameNode uses a transaction log called the EditLog to persistently record every change that occurs to file system metadata. For example, creating a new file in HDFS causes the NameNode to insert a record into the EditLog indicating this. Similarly, changing the replication factor of a file causes a new record to be inserted into the EditLog. The NameNode uses a file in its local host OS file system to store the EditLog. The entire file system namespace, including the mapping of blocks to files and file system properties, is stored in a file called the FsImage. The FsImage is stored as a file in the NameNode's local file system too.

---

[182] *See id.*

The NameNode keeps an image of the entire file system namespace and file Blockmap in memory. When the NameNode starts up, or a checkpoint is triggered by a configurable threshold, it reads the FsImage and EditLog from disk, applies all the transactions from the EditLog to the in-memory representation of the FsImage, and flushes out this new version into a new FsImage on disk. It can then truncate the old EditLog because its transactions have been applied to the persistent FsImage. This process is called a checkpoint. The purpose of a checkpoint is to make sure that HDFS has a consistent view of the file system metadata by taking a snapshot of the file system metadata and saving it to FsImage. Even though it is efficient to read a FsImage, it is not efficient to make incremental edits directly to a FsImage. Instead of modifying FsImage for each edit, we persist the edits in the Editlog. During the checkpoint the changes from Editlog are applied to the FsImage. A checkpoint can be triggered at a given time interval (`dfs.namenode.checkpoint.period`) expressed in seconds, or after a given number of filesystem transactions have accumulated (`dfs.namenode.checkpoint.txns`). If both of these properties are set, the first threshold to be reached triggers a checkpoint.

161.    As another example, computing instances running XFS (including Amazon EC2 instances) also infringed at least claims 1 and 2 of the '344 patent.

162.    On information and belief, EC2 instances running XFS logged variable-sized data objects to be stored and any changes to stored variable-sized data objects, such as blocks of data.[183]

163.    On information and belief, EC2 instances running XFS had a plurality of ranks, each of the ranks including an array of storage devices configured to provide a plurality of stripes for storing objects, and one or more data storage subsystems that stored the variable sized objects. On information and belief, they contained multiple hard drives that comprised at least one rank and wrote data as a unit into stripes across the rank using software-implemented RAID or an equivalent.[184]

164.    On information and belief, EC2 instances running XFS had at least one stripe buffer for storing objects to be written into a stripe, wherein the file system appended objects to the stripe

---

[183] *See* Ex. 29; Ex. 27, at 1-3, 7.

[184] *See* Ex. 30, at 1-2.

buffer according to a write ordering policy.  On information and belief, before a write was made across one or more ranks, the data was stored in a buffer in memory where one or more objects to be written into a stripe were accumulated.  On information and belief, objects were appended into the stripe buffer based on factors including when the write requests were received, the frequency of requests relating to specific data objects, and/or the need to maintain data durability requirements, such as to address disk failures or data corruption.

165.    On information and belief, EC2 instances running XFS had a stripe space table and mapping component, and were adapted to perform operations among the data storage subsystem, the mapping component and the stripe space table.  On information and belief, when data was to be stored on an EC2 instance running XFS, the location on each drive where the data was to be written was based in part on the available storage space of each drive and the stripes on each drive, and XFS updated the data-to-drives/stripes mapping to reflect where the data object was stored.[185] When data was to be updated (or moved), XFS identified the drives and stripes where the new data was to be written based in part on the available storage space of the drives and stripes, and XFS then updated the data-to-drives/stripes mappings to reflect where the new data was stored, and the old data object was marked as the previous version (or for deletion).

👍

0

👎

Amazon Linux 2 images have used XFS since sometime in 2017.

Changing the default filesystem is the kind of change we would only make on a product release boundary - say, from AL AMI to AL2. We strive to maintain as much consistency as possible throughout the life cycle of a product. AL AMI uses ext4 filesystems by default, and AL2 uses XFS, and both will continue to do so.

| Comment | Share |



AWS-User-6280256
answered 5 years ago

---

[185] *See* Ex. 27, at 1-3, 7.

## XFS Logging Design

### Preamble

This document describes the design and algorithms that the XFS journalling subsystem is based on. This document describes the design and algorithms that the XFS journalling subsystem is based on so that readers may familiarize themselves with the general concepts of how transaction processing in XFS works.

We begin with an overview of transactions in XFS, followed by describing how transaction reservations are structured and accounted, and then move into how we guarantee forwards progress for long running transactions with finite initial reservations bounds. At this point we need to explain how relogging works. With the basic concepts covered, the design of the delayed logging mechanism is documented.

### Introduction

XFS uses Write Ahead Logging for ensuring changes to the filesystem metadata are atomic and recoverable. For reasons of space and time efficiency, the logging mechanisms are varied and complex, combining intents, logical and physical logging mechanisms to provide the necessary recovery guarantees the filesystem requires.

Some objects, such as inodes and dquots, are logged in logical format where the details logged are made up of the changes to in-core structures rather than on-disk structures. Other objects - typically buffers - have their physical changes logged. Long running atomic modifications have individual changes chained together by intents, ensuring that journal recovery can restart and finish an operation that was only partially done when the system stopped functioning.

# Amazon EBS and RAID configuration



With Amazon EBS, you can use any of the standard RAID configurations that you can use with a traditional bare metal server, as long as that particular RAID configuration is supported by the operating system for your instance. This is because all RAID is accomplished at the software level.

# RAID configuration options

Creating a RAID 0 array allows you to achieve a higher level of performance for a file system than you can provision on a single Amazon EBS volume. Use RAID 0 when I/O performance is of the utmost importance. With RAID 0, I/O is distributed across the volumes in a stripe. If you add a volume, you get the straight addition of throughput and IOPS. However, keep in mind that performance of the stripe is limited to the worst performing volume in the set, and that the loss of a single volume in the set results in a complete data loss for the array.

The resulting size of a RAID 0 array is the sum of the sizes of the volumes within it, and the bandwidth is the sum of the available bandwidth of the volumes within it. For example, two 500 GiB `io1` volumes with 4,000 provisioned IOPS each create a 1,000 GiB RAID 0 array with an available bandwidth of 8,000 IOPS and 1,000 MiB/s of throughput.

If the device has a file system, the command shows information about the file system type. For example, the following output shows a root device with the XFS file system.

```
[ec2-user ~]$ sudo file -s /dev/xvda1
/dev/xvda1: SGI XFS filesystem data (blksz 4096, inosz 512, v2 dirs)
```

## Transaction Reservations

It has been mentioned a number of times now that the logging subsystem needs to provide a forwards progress guarantee so that no modification ever stalls because it can't be written to the journal due to a lack of space in the journal. This is achieved by the transaction reservations that are made when a transaction is first allocated. For permanent transactions, these reservations are maintained as part of the transaction rolling mechanism.

A transaction reservation provides a guarantee that there is physical log space available to write the modification into the journal before we start making modifications to objects and items. As such, the reservation needs to be large enough to take into account the amount of metadata that the change might need to log in the worst case. This means that if we are modifying a btree in the transaction, we have to reserve enough space to record a full leaf-to-root split of the btree. As such, the reservations are quite complex because we have to take into account all the hidden changes that might occur.

## Delayed Logging: Concepts

The key thing to note about the asynchronous logging combined with the relogging technique XFS uses is that we can be relogging changed objects multiple times before they are committed to disk in the log buffers. If we return to the previous relogging example, it is entirely possible that transactions A through D are committed to disk in the same log buffer.

That is, a single log buffer may contain multiple copies of the same object, but only one of those copies needs to be there - the last one "D", as it contains all the changes from the previous changes. In other words, we have one necessary copy in the log buffer, and three stale copies that are simply wasting space. When we are doing repeated operations on the same set of objects, these "stale objects" can be over 90% of the space used in the log buffers. It is clear that reducing the number of stale objects written to the log would greatly reduce the amount of metadata we write to the log, and this is the fundamental goal of delayed logging.

166. As another example, Lustre (including Amazon FSx for Lustre) infringed at least claims 1 and 2 of the '344 patent.

167. On information and belief, Amazon FSx for Lustre logged variable-sized data objects to be stored and any changes to stored variable-sized data objects, such as blocks of data.[186]

168. On information and belief, Amazon FSx for Lustre had a plurality of ranks, each of the ranks including an array of storage devices configured to provide a plurality of stripes for storing objects, and one or more data storage subsystems that stored the variable sized objects. On information and belief, they contained multiple object storage targets (OSTs) that comprised at least one rank and wrote data as a unit across the OSTs using stripes.[187]

169. On information and belief, Amazon FSx for Lustre had at least one stripe buffer for storing objects to be written into a stripe, wherein the file system appended objects to the stripe buffer according to a write ordering policy. On information and belief, before a write was made across one or more ranks, the data was stored in a buffer in memory where one or more objects to be written into a stripe were accumulated. On information and belief, objects were appended into the stripe buffer based on factors including when the write requests were received, the frequency

---

[186] *See* Ex. 33, at 1-3; Ex. 34, at 1-3.

[187] *See* Ex. 36, at 1; Ex. 59, at 1.

of requests relating to specific data objects, and/or the need to maintain data durability requirements, such as to address disk failures or data corruption.

170.    On information and belief, Amazon FSx for Lustre had a stripe space table and mapping component, and was adapted to perform operations among the data storage subsystem, the mapping component and the stripe space table.  On information and belief, when data was to be stored on an Amazon FSx instance running Lustre, the location where the data was to be written was based in part on the available storage space of each OST and the stripes on each OST, and Lustre updated the data-to-OSTs/stripes mapping to reflect where the data was stored.[188]  When data was to be updated (or moved), Lustre identified the OSTs and stripes where the new data was to be written based in part on the available storage space of the OSTs and stripes, and Lustre then updated the data-to-OSTs/stripes mappings to reflect where the new data was stored, and the old data object was marked as the previous version (or for deletion).[189]

## Overview

Amazon FSx for Lustre, built on Lustre, the popular high-performance file system, provides scale-out performance that increases linearly with a file system's size. Lustre file systems scale horizontally across multiple file servers and disks. This scaling gives each client direct access to the data stored on each disk to remove many of the bottlenecks present in traditional file systems. Amazon FSx for Lustre builds on the Lustre scalable architecture to support high levels of performance across large numbers of clients.

---

[188] *See* Ex. 60, at 1-5; Ex. 34, at 1-3.

[189] *See* Ex. 63, at 1-2; *see also* Ex. 61; Ex. 62.

# How FSx for Lustre file systems work

Each FSx for Lustre file system consists of the file servers that the clients communicate with, and a set of disks attached to each file server that store your data. Each file server employs a fast, in-memory cache to enhance performance for the most frequently accessed data. Depending on the storage class, your file server can be provisioned with an optional SSD read cache. When a client accesses data that's stored in the in-memory or SSD cache, the file server doesn't need to read it from disk, which reduces latency and increases the total amount of throughput you can drive. The following diagram illustrates the paths of a write operation, a read operation served from disk, and a read operation served from in-memory or SSD cache.

## Lustre Architecture

### What is Lustre?

Lustre is a GNU General Public licensed, open-source distributed parallel file system developed and maintained by DataDirect Networks (DDN). Due to the extremely scalable architecture of the Lustre file system, Lustre deployments are popular in scientific supercomputing, as well as in the oil and gas, manufacturing, rich media, and finance sectors. Lustre presents a POSIX interface to its clients with parallel access capabilities to the shared file objects. As of this writing, Lustre is the most widely used file system on the top 500 fastest computers in the world. Lustre is the file system of choice on 7 out of the top 10 fastest computers in the world today, over 70% of the top 100, and also for over 60% of the top 500 [1].

In numerous places Lustre™ needs a logging API. Generally log records are written transactionally and canceled when a commit on another system completes. There are many uses for this, all associated with updates of persistent information on multiple systems.

Log records are stored in log objects. Log objects are currently implemented as files, and possibly, in some minor ways, the API below reflects this. We speak of log objects and sometimes of llog's (*lustre-logs*).

## File system storage layout

All file data in Lustre is stored on storage volumes called *object storage targets* (OSTs). All file metadata (including file names, timestamps, permissions, and more) is stored on storage volumes called *metadata targets* (MDTs). Amazon FSx for Lustre file systems are composed of one or more MDTs and multiple OSTs. Amazon FSx for Lustre spreads your file data across the OSTs that make up your file system to balance storage capacity with throughput and IOPS load.

# Configuring Lustre File Striping

One of the main factors leading to the high performance of Lustre™ file systems is the ability to stripe data over multiple OSTs. The stripe count can be set on a file system, directory, or file level. An example showing the use of striping is provided below.

The Lustre Striping Guide ⧉ provides a good overview of how Lustre file striping works.

For more detailed information, see Chapter 19: *Managing File Striping and Free Space* ⧉ in the *Lustre Operations Manual* ⧉.

## Lustre File Striping

Perlmutter uses Lustre as its $SCRATCH file system. For many applications, a technique called file striping will increase I/O performance. File striping will primarily improve performance for codes doing serial I/O from a single node or parallel I/O from multiple nodes writing to a single shared file as with MPI-I/O, parallel HDF5 or parallel NetCDF.

The Lustre file system is made up of an underlying set of I/O servers and disks called Object Storage Targets (OSTs). A file is said to be striped when its data is on multiple OSTs. Read and write operations on striped files will access multiple OST's concurrently. File striping is a way to increase I/O performance since writing or reading from multiple OST's simultaneously increases the available I/O bandwidth. Selecting the best striping can be complicated since striping a file over too few OSTs will not take advantage of the system's available bandwidth, but striping over too many will cause unnecessary overhead and lead to a loss in performance. The default striping is set to 1 on Perlmutter's `$SCRATCH` . This means that each file is written to 1 OST on Perlmutter by default.



- Management Server (MGS) - Provides configuration information for the file system. When mounting the file system, the Lustre clients will contact the MGS to retrieve details on how the file system is configured (what servers are part of the file system, failover information, etc.). The MGS can also proactively notify clients about changes in the file system configuration and plays a role in the Lustre recovery process.

- Management Target (MGT) - Block device used by the MGS to persistently store Lustre file system configuration information. It typically only requires a relatively small amount of space (on the order to 100 MB).

- Metadata Server (MDS) - Manages the file system namespace and provides metadata services to clients such as filename lookup, directory information, file layouts, and access permissions. The file system will contain at least one MDS but may contain more.

- Metadata Target (MDT) - Block device used by an MDS to store metadata information. A Lustre file system will contain at least one MDT which holds the root of the file system, but it may contain multiple MDTs. Common configurations will use one MDT per MDS server, but it is possible for an MDS to host multiple MDTs. MDTs can be shared among multiple MDSs to support failover, but each MDT can only be mounted by one MDS at any given time.

- Object Storage Server (OSS) - Stores file data objects and makes the file contents available to Lustre clients. A file system will typically have many OSS nodes to provide a higher aggregate capacity and network bandwidth.

- Object Storage Target (OST) - Block device used by an OSS node to store the contents of user files. An OSS node will often host several OSTs. These OSTs may be shared among multiple hosts, but just like MDTs, each OST can only be mounted on a single OSS at any given time. The total capacity of the file system is the sum of all individual OST capacities.

171.    On information and belief, and for all the reasons above, Amazon infringed the '344 patent from at least six years prior to the filing of this Complaint until the expiration of the '344 patent.

172.    On information and belief, to the extent applicable, Primos Storage has complied

with 35 U.S.C. § 287(a) with respect to the '344 patent.

173.    On information and belief, Amazon has long known about the Transaction-Based Storage Patents.  On March 31, 2014, Amazon filed patent application number 14/231,116, which issued on September 26, 2017 as U.S. Patent No. 9,772,787 ("the '787 patent").  During the prosecution of the '787 patent, the Patent Examiner identified printed publication number 2010/0205231, which corresponds to the Primos Storage patent application that issued as the '528 patent.

174.    In particular, the Patent Examiner rejected the then-pending claims of the '787 patent in view of the printed publication, which contains the specification for all the Transaction-Based Storage Patents.  Amazon then studied the specification for the Transaction-Based Storage Patents in detail, as it discussed the specification on at least three occasions in response to Patent Examiner rejections.  Ultimately, Amazon obtained allowance of the '787 patent by characterizing the Transaction-Based Storage Patents' disclosures and amending its claims.

175.    The printed publication of the patent application that issued as the '663 patent was also cited as prior art by the Patent Examiner during the prosecution of the '787 patent.  Moreover, the printed publication corresponding to the '528 patent was cited as prior art during the prosecution of many additional Amazon patents over several years, including U.S. Patent Nos. 10,264,071 (filed March 31, 2014), 10,372,685 (filed March 31, 2014), 10,140,312 (filed March 25, 2016), 10,474,636 (filed March 25, 2016), and 10,545,927 (filed March 25, 2016).  The '344 patent shares the same specification with the '528 patent and the '663 patent and is related to them as a child patent.

176.    Further, the Transaction-Based Storage Patents and the technology they relate to

are disclosed on the webpage https://www.primosstoragetechnology.com/technology.php.[190]

177.    Amazon was thus aware of the Transaction-Based Storage Patents family and disclosures.  On information and belief, Amazon has long known of or willfully blinded itself to the existence of each of the Transaction-Based Storage Patents.

178.    Additionally, Amazon knows how its products operate, and on information and belief, Amazon investigated the '344 patent and its infringement of the Transaction-Based Storage Patents Accused Products.  Further, on information and belief, Amazon either knowingly infringed the '344 patent or willfully blinded itself to its infringement of the '344 patent and acted in wanton disregard of Primos Storage's patent rights.

179.    Despite becoming aware of or willfully blinding itself to its infringement of the '344 patent, Amazon nonetheless continued to engage in and escalated its infringing activities by continuing to develop, advertise, make available, and use the infringing functionalities of the Transaction-Based Storage Patents Accused Products.  On information and belief, Amazon made no attempts to design around the '344 patent or otherwise stop its infringing behavior.

180.    Amazon's infringement of the '344 patent was therefore willful.

181.    Amazon also indirectly infringed the '344 patent by inducing others to infringe and contributing to the infringement of others, including third party users of the Transaction-Based Storage Patents Accused Products in this District and throughout the United States.  As described above, on information and belief, Amazon has long known about the Transaction-Based Storage Patents.

182.    On information and belief, Amazon actively induced the infringement of the '344 patent under 35 U.S.C. § 271(b) by actively inducing the infringement of the Transaction-Based

---

[190] *See* Ex. 64.

Storage Patents Accused Products by third parties in the United States.  Amazon knew or was willfully blind to the fact that its conduct would induce these third parties to act in a manner that infringes the '344 patent in violation of 35 U.S.C. § 271(a).

183.    Amazon actively encouraged third parties to directly infringe the '344 patent by, for example, marketing the Transaction-Based Storage Patents Accused Products and infringing functionalities to consumers; working with consumers to implement, install and/or operate the Transaction-Based Storage Patents Accused Products and infringing functionalities; fully supporting and managing consumers' continuing use of the Transaction-Based Storage Patents Accused Products and infringing functionalities; and providing technical assistance to consumers during their use of the Transaction-Based Storage Patents Accused Products and infringing functionalities.[191]

184.    On information and belief, Amazon contributorily infringed the '344 patent under 35 U.S.C. § 217(c) by importing, selling, and/or offering to sell within the United States the Transaction-Based Storage Patents Accused Products (or components thereof) that constituted a material part of the claimed invention and were not staple articles of commerce suitable for substantial non-infringing use.  For example, the hardware and/or software for storing data using Amazon S3, Apache Hadoop on Amazon EMR, Amazon EC2 instances and Amazon EBS, and Amazon FSx for Lustre were material, had no substantial non-infringing uses, and were known by Amazon to be especially made or adapted for use in a manner that infringes the '344 patent.

## COUNT IV
## INFRINGEMENT OF U.S. PATENT NO. 8,078,944

185.    Primos Storage incorporates by reference the foregoing paragraphs of this

---

[191] *See*, *e.g.*, Exs. 6-7, 14-22, 28-30, 32-33, 35, 37-38, 43; 46-48, 50, 51, 53-55; 57; 61.

Complaint as if fully set forth herein.

186.    Primos Storage is the assignee and lawful owner of all right, title, and interest in and to the '944 patent.  The '944 patent is valid and enforceable.

187.    On information and belief, Amazon has infringed and continues to infringe the '944 patent in violation of 35 U.S.C. § 271(a), either literally or through the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States products and/or methods that practice at least claims 1 and 2 of the '944 patent, including with respect to the Data Coding Patents Accused Products.  Amazon's infringement dates from at least six years prior to the filing of this Complaint and is ongoing.  On information and belief, in relevant respects for the Data Coding Patents Accused Products, Amazon.com and AWS acted in concert with one another.

188.    During the infringing time period, the Data Coding Patents Accused Products met and meet every limitation of at least claims 1 and 2 of the '944 patent, which recite:

1. A method of transforming data involving a secure format from which the data is recoverable, the method comprising:
    producing W data inputs from input data;
    generating H discrete output data streams from the W data inputs via application of the W data inputs to one or more transforming components that perform a transformation process using Galois field operations and a generator matrix having a matrix structure characterized as being invertible in all subsets of the matrix structure encounterable during recovery operations of the input data based on a recovery matrix, wherein H≥W and the transformation process includes:
        for each of the W inputs, producing an H-sized intermediary;
        combining all H-sized intermediaries into one H-sized result; and
        processing the one H-sized result into the H discrete output data streams;
    wherein the W data inputs are recoverable via a recovery process capable of producing the W data inputs from any W members of the H output data streams; and
    recovering the data via the recovery process, wherein the recovery process includes application of the recovery matrix, and wherein the generator matrix and the recovery matrix are creatable from or based on a mathematical inverse of each other.

2. The method of claim 1 further comprising
    applying a check value to one or more of the H output data streams and/or the W input data streams or any prior data stream.

189.    For example, Amazon S3 performs a method of transforming data involving a secure format from which the data is recoverable.  Amazon S3 uses erasure coding to securely transform data into a format from which the data is recoverable.[192]



190.    Amazon S3 produces W data inputs from input data.  Amazon S3 breaks data objects (or parts of very large data objects) into chunks of data.[193]

---

[192] *See* Ex. 18, at 8:40; Ex. 38, at 11.

[193] *See* Ex. 18, at 8:46; Ex. 38, at 9-10.





191.   Amazon S3 generates H discrete output data streams from the W data inputs via application of the W data inputs to one or more transforming components that perform a transformation process using Galois field operations and a generator matrix having a matrix

structure characterized as being invertible in all subsets of the matrix structure encounterable during recovery operations of the input data based on a recovery matrix, wherein H≥W.  On information and belief, Amazon S3 performs erasure coding using Reed-Solomon algorithms that leverage Galois field operations and matrices that are invertible in all subsets.  Amazon S3 is thus able to generate an arbitrary number of parity shards to create a total number of shards H such that it can recover its W data inputs with a recovery matrix using any W number of the shards.[194]



192.    Amazon S3 produces an H-sized intermediary for each of the W inputs and combines all H-sized intermediaries into one H-sized result.  On information and belief, to improve the performance of erasure coding, Amazon S3 first performs operations that result in an H-sized intermediary for all W inputs and then combines them into an H-sized result.  This is consistent

---

[194] *See* Ex. 18, at 8:46; Ex. 38, at 9-11; Ex. 8, at 7 (citing Ex. 65, *Reed-Solomon error correction*, WIKIPEDIA, https://en.wikipedia.org/wiki/Reed%E2%80%93Solomon_error_correction (last updated Oct. 27, 2025)).

with high performance implementations of erasure coding, such as the Intel Intelligent Storage Acceleration Library (ISA-L).[195]

193.    Amazon S3 processes the one H-sized result into the H discrete output data streams. Amazon S3 completes its transformation of the W data inputs to create H shards, which are stored on various disks across the S3 system.[196]  "When a customer puts an object in Amazon S3, we erasure code it into small little chunks, and we spread it as far—as wide as we can.  What does it mean?  Well, we distribute data obviously on different hard drives."



194.    Amazon S3 recovers the data via the recovery process, wherein the recovery process is capable of producing the W data inputs from any W members of the H output data streams and includes application of the recovery matrix, and wherein the generator matrix and the recovery matrix are creatable from or based on a mathematical inverse of each other.  "S3

---

[195] *See* Ex. 52, at 1; *infra*, Count V.
[196] *See* Ex. 38, at 14; Ex. 18, at 9:53.

uses Erasure Coding (EC). It's a complex data protection method which breaks data into K shards with M redundant "parity" shards. EC allows you to recover the data from any K shards out of the total K+M total shards. e.g. break data into 10 fragments, add 6 parity shards. You can lose up to 6 shards."[197] "You can assemble your original object from any 7 of the shards. You can take all of the primary ones. You can take all of the parity ones and mix in a couple of primary ones and so on. You have some choices."[198]

195.    Additionally, Amazon S3 applies a check value to one or more of the H output data streams and/or the W input data streams or any prior data stream. "Amazon S3 has always verified the integrity of object uploads by calculating checksums when objects reach our servers, before they are written to multiple storage devices. Once your data is stored in Amazon S3, it continually monitors data durability over time with periodic integrity checks of data at rest."[199] Amazon S3 thus creates checksums for data objects, which are data streams that precede the W input data streams, as well as the H output data streams.[200] "The checksum is created the moment the object is uploaded, and it is preserved throughout the lifespan of the object."[201]

---

[197] Ex. 8, at 7.

[198] *See* Ex. 18, at 8:46.

[199] *See* Ex. 41, at 1.

[200] *See* Ex. 38, at 20; Ex. 18, at 19:53.

[201] Ex. 66, *Check the Integrity of Data in Amazon S3 with Additional Checksums*, AWS, 1, https://docs.aws.amazon.com/hands-on/latest/amazon-s3-with-additional-checksums/amazon-s3-with-additional-checksums.html (last visited Oct. 31, 2025).



196.    As another example, Hadoop Distributed File System ("HDFS" or "Hadoop") (including Apache Hadoop on Amazon EMR) performs a method of transforming data involving a secure format from which the data is recoverable.  Hadoop uses erasure coding to securely transform data into a format from which the data is recoverable.[202]

> There are many applications and execution engines in the Hadoop ecosystem, providing a variety of tools to match the needs of your analytics workloads. Amazon EMR makes it easy to create and manage fully configured, elastic clusters of Amazon EC2 instances running Hadoop and other applications in the Hadoop ecosystem.

---

[202] *See* Ex. 20, at 1-2; Ex. 52, at 1.

## Purpose

Replication is expensive – the default 3x replication scheme in HDFS has 200% overhead in storage space and other resources (e.g., network bandwidth). However, for warm and cold datasets with relatively low I/O activities, additional block replicas are rarely accessed during normal operations, but still consume the same amount of resources as the first replica.

Therefore, a natural improvement is to use Erasure Coding (EC) in place of replication, which provides the same level of fault-tolerance with much less storage space. In typical Erasure Coding (EC) setups, the storage overhead is no more than 50%. Replication factor of an EC file is meaningless. It is always 1 and cannot be changed via -setrep command.

## Background

In storage systems, the most notable usage of EC is Redundant Array of Inexpensive Disks (RAID). RAID implements EC through striping, which divides logically sequential data (such as a file) into smaller units (such as bit, byte, or block) and stores consecutive units on different disks. In the rest of this guide this unit of striping distribution is termed a striping cell (or cell). For each stripe of original data cells, a certain number of parity cells are calculated and stored – the process of which is called encoding. The error on any striping cell can be recovered through decoding calculation based on surviving data and parity cells.

Integrating EC with HDFS can improve storage efficiency while still providing similar data durability as traditional replication-based HDFS deployments. As an example, a 3x replicated file with 6 blocks will consume 6*3 = 18 blocks of disk space. But with EC (6 data, 3 parity) deployment, it will only consume 9 blocks of disk space.

197.    Hadoop produces W data inputs from input data.  Hadoop breaks data files into chunks of data.[203]



198.    Hadoop generates H discrete output data streams from the W data inputs via application of the W data inputs to one or more transforming components that perform a

---

[203] *See* Ex. 67, Nazerke Siedan, et al., *Evaluation of Erasure Coding in Hadoop 3*, CERN DATABASE SERVS. BLOG, 1, (Oct. 7, 2019), https://db-blog.web.cern.ch/blog/emil-kleszcz/2019-10-evaluation-erasure-coding-hadoop-3.

transformation process using Galois field operations and a generator matrix having a matrix structure characterized as being invertible in all subsets of the matrix structure encounterable during recovery operations of the input data based on a recovery matrix, wherein H≥W.  On information and belief, Hadoop performs erasure coding using Reed-Solomon algorithms that leverage Galois field operations and matrices that are invertible in all subsets.  Hadoop is thus able to generate parity shards and create a total number of shards H such that it can recover its W data inputs with a recovery matrix using any W number of the shards.[204]

Obviously this 3x replication policy has 200% of extra storage (overhead on top of what is needed to just store the data) which is very expensive from a storage side perspective. However, there is a big improvement in reducing the storage overhead by introducing Erasure Coding (EC) in Hadoop 3. EC has a similar concept of RAID 5/6. With EC data blocks are not replicated instead some parity blocks are generated based on the given data blocks using the Reed-Solomon (RS) algorithm [5]. In the case of DNs failures, parity information is used to reconstruct the failed data blocks. The next figure shows the EC scheme structure:

Initially, the given file data is striped into cells. Then the stripe is distributed to N data chunks where the stripe cell size and the size of the data chunks are configurable. Afterwards, K parity chunks are generated based on the N data chunks. Although the number of data chunks and parity chunks can be set up manually, there are 3 supported EC policies based on the RS(N,K) algorithm parameters where (N,K) = (# of data blocks, # of parity blocks) in Hadoop 3, namely, RS(3, 2), RS(6, 3) and RS(10, 4). Let us suppose EC RS(6,3) is applied to a cluster's dataset. Then we should have at least 9 physical servers in the cluster in order to tolerate 3 machine failures. It is recommended to have at least (N+K) servers in the cluster. The main differences between those 3 EC policies are as follows:

---

[204] *See* Ex. 67, at 1 (citing Ex. 65).

| Replication Policy | Additional Storage Cost | Fault Tolerance |
|---|---|---|
| RS(3,2) | 66% | 2 |
| RS(6,3) | 50% | 3 |
| RS(10,4) | 40% | 4 |
| 3x replication | 200% | 2 |

199.    Hadoop produces an H-sized intermediary for each of the W inputs and combines all H-sized intermediaries into one H-sized result.  On information and belief, to improve the performance of erasure coding, Hadoop first performs operations that result in an H-sized intermediary for all W inputs and then combines them into an H-sized result.  This is consistent with high performance implementations of erasure coding, such as the Intel Intelligent Storage Acceleration Library (ISA-L).[205]

- **Intel ISA-L** Intel ISA-L stands for Intel Intelligent Storage Acceleration Library. ISA-L is an open-source collection of optimized low-level functions designed for storage applications. It includes fast block Reed-Solomon type erasure codes optimized for Intel AVX and AVX2 instruction sets. HDFS erasure coding can leverage ISA-L to accelerate encoding and decoding calculation. ISA-L supports most major operating systems, including Linux and Windows. ISA-L is not enabled by default. See the instructions below for how to enable ISA-L.

---

[205] *See* Ex. 52, at 1-2; *see also* Ex. 69, Greg Tucker, *gf_3vect_dot_prod_avx512.asm*, GITHUB (Nov. 29, 2018), https://github.com/intel/isa-l/blob/v2.29.0/erasure_code/gf_3vect_dot_prod_avx512.asm; Ex. 70, ritegarg & Rushabh Shah, *StripedDataStreamer.java*, GITHUB (Mar. 6, 2024), https://github.com/apache/hadoop/blob/rel/release-3.4.1/hadoop-hdfs-project/hadoop-hdfs-client/src/main/java/org/apache/hadoop/hdfs/StripedDataStreamer.java; Ex. 74, ritegarg & Rushabh Shah, *DataStreamer.java*, GITHUB, 2, (Mar. 6, 2024), https://github.com/apache/hadoop/blob/rel/release-3.4.1/hadoop-hdfs-project/hadoop-hdfs-client/src/main/java/org/apache/hadoop/hdfs/DataStreamer.java.

### ⊞ Enable Intel ISA-L

HDFS native implementation of default RS codec leverages Intel ISA-L library to improve the encoding and decoding calculation. To enable and use Intel ISA-L, there are three steps.

1. Build ISA-L library. Please refer to the official site "https://github.com/01org/isa-l/ ↗" for detail information.
2. Build Hadoop with ISA-L support. Please refer to "Intel ISA-L build options" section in "Build instructions for Hadoop" in (BUILDING.txt) in the source code.
3. Use `-Dbundle.isal` to copy the contents of the `isal.lib` directory into the final tar file. Deploy Hadoop with the tar file. Make sure ISA-L is available on HDFS clients and DataNodes.

To verify that ISA-L is correctly detected by Hadoop, run the `hadoop checknative` command.

```
 97    /**************************************************************
 98     *
 99     * The DataStreamer class is responsible for sending data packets to the
100     * datanodes in the pipeline. It retrieves a new blockid and block locations
101     * from the namenode, and starts streaming packets to the pipeline of
102     * Datanodes. Every packet has a sequence number associated with
103     * it. When all the packets for a block are sent out and acks for each
104     * if them are received, the DataStreamer closes the current block.
105     *
106     * The DataStreamer thread picks up packets from the dataQueue, sends it to
107     * the first datanode in the pipeline and moves it from the dataQueue to the
108     * ackQueue. The ResponseProcessor receives acks from the datanodes. When an
109     * successful ack for a packet is received from all datanodes, the
110     * ResponseProcessor removes the corresponding packet from the ackQueue.
111     *
112     * In case of error, all outstanding packets are moved from ackQueue. A new
113     * pipeline is setup by eliminating the bad datanode from the original
114     * pipeline. The DataStreamer now starts sending packets from the dataQueue.
115     *
116     **************************************************************/
```

200.    Hadoop processes the one H-sized result into the H discrete output data streams.

Hadoop completes its transformation of the W data inputs to create H blocks, which are stored on

various disks across the DataNodes in the Hadoop cluster.[206]

# Deployment

## ⊡ Cluster and hardware configuration

Erasure coding places additional demands on the cluster in terms of CPU and network.

Encoding and decoding work consumes additional CPU on both HDFS clients and DataNodes.

Erasure coding requires a minimum of as many DataNodes in the cluster as the configured EC stripe width. For EC policy RS (6,3), this means a minimum of 9 DataNodes.

Erasure coded files are also spread across racks for rack fault-tolerance. This means that when reading and writing striped files, most operations are off-rack. Network bisection bandwidth is thus very important.

For rack fault-tolerance, it is also important to have enough number of racks, so that on average, each rack holds number of blocks no more than the number of EC parity blocks. A formula to calculate this would be (data blocks + parity blocks) / parity blocks, rounding up. For EC policy RS (6,3), this means minimally 3 racks (calculated by (6 + 3) / 3 = 3), and ideally 9 or more to handle planned and unplanned outages. For clusters with fewer racks than the number of the parity cells, HDFS cannot maintain rack fault-tolerance, but will still attempt to spread a striped file across multiple nodes to preserve node-level fault-tolerance. For this reason, it is recommended to setup racks with similar number of DataNodes.

    201.    Hadoop recovers the data via the recovery process, wherein the recovery process is capable of producing the W data inputs from any W members of the H output data streams and includes application of the recovery matrix, and wherein the generator matrix and the recovery matrix are creatable from or based on a mathematical inverse of each other.  Hadoop has erasure coding replication policies that create a certain number (W) of data chunks and a certain number parity chunks, such that a recovery matrix can be applied to any subset of W of the chunks to recover the input data.[207]  Hadoop uses Reed-Solomon Erasure Codes, where the generator matrix and the recovery matrix are based on the mathematical inverse of one another.[208]

---

[206] *See* Ex. 52, at 1-2 Ex. 67, at 1-2.

[207] *See* Ex. 67, at 1-2.

[208] *See* Ex. 65, at 3-5, 6-8; *see also* Ex. 71, Greg Tucker, *ec_base.c*, GitHub, 2-3, (June 21, 2018), https://github.com/intel/isa-l/blob/v2.29.0/erasure_code/ec_base.c.

| Replication Policy | Additional Storage Cost | Fault Tolerance |
|---|---|---|
| RS(3,2) | 66% | 2 |
| RS(6,3) | 50% | 3 |
| RS(10,4) | 40% | 4 |
| 3x replication | 200% | 2 |

```
110   int gf_invert_matrix(unsigned char *in_mat, unsigned char *out_mat, const int n)
111   {
112       int i, j, k;
113       unsigned char temp;
114
115       // Set out_mat[] to the identity matrix
116       for (i = 0; i < n * n; i++) // memset(out_mat, 0, n*n)
117           out_mat[i] = 0;
118
119       for (i = 0; i < n; i++)
120           out_mat[i * n + i] = 1;
121
122       // Inverse
123       for (i = 0; i < n; i++) {
124           // Check for 0 in pivot element
125           if (in_mat[i * n + i] == 0) {
126               // Find a row with non-zero in current column and swap
127               for (j = i + 1; j < n; j++)
128                   if (in_mat[j * n + i])
129                       break;
```

202.    Additionally, Hadoop applies a check value to one or more of the H output data streams and/or the W input data streams or any prior data stream.  HDFS uses checksums for input

data files, as well as input and output data blocks.[209]

Internally, HDFS smartly utilizes checksum for data integrity. A checksum is a small-sized datum derived from a block of digital data for the purpose of detecting errors. HDFS calculates/computes checksums for each data block and eventually stores them in a separate hidden file in the same HDFS namespace. HDFS uses 32-bit Cyclic Redundancy Check (CRC32) as the default checksum algorithm because of 4 bytes long and less than 1% storage overhead. Similarly verifies checksums while reading data from the data nodes. If there is a discrepancy or error in the checksum value, the exception 'CheckSumException' will be thrown to the client during retrieval of data for processing. 512 bytes is the default value.

Once data blocks are received by data nodes in the multi-node cluster, they compute and store checksum as well before storing the data in the disk. And would be compared with stored one in the data nodes while the client read the data. Besides, every individual data node maintains a persistent log of checksum verification to keep track of when the last verification occurred on each data block. Programmatically, we can disable the checksum verification while submitting a job to the cluster. Using Apache Hadoop 3.1, a comparison of checksums of a file stored in HDFS can be done with the locally stored file. Please read at https://issues.apache.org/jira/browse/HDFS-13056.

org.apache.hadoop.util

# Class DataChecksum

java.lang.Object
  └ org.apache.hadoop.util.DataChecksum

**All Implemented Interfaces:**
    Checksum

---

```
public class DataChecksum
extends Object
implements Checksum
```

This class provides inteface and utilities for processing checksums for DFS data transfers.

203.   On information and belief, and for all the reasons above, Amazon infringed the

'944 patent from at least six years prior to the filing of this Complaint and continues to infringe

---

[209] *See* Ex. 45; Ex. 72, *Class DataChecksum*, APACHE HADOOP, https://hadoop.apache.org/docs/r1.2.1/api/org/apache/hadoop/util/DataChecksum.html (last visited Oct. 31, 2025).

the '944 patent.

204.    On information and belief, to the extent applicable, Primos Storage has complied with 35 U.S.C. § 287(a) with respect to the '944 patent.

205.    On information and belief, Amazon has long known about the Data Coding Patents. On July 25, 2012, Amazon filed patent application number 13/558,070, which issued on January 13, 2015 as U.S. Patent No. 8,935,221 ("the '221 patent"). During the prosecution of the '221 patent, the printed publication number 2009/0204859, which corresponds to the Primos Storage patent application that issued as the '944 patent, was identified as prior art and analyzed.

206.    The '944 and '356 patents, which had both issued when the printed publication corresponding to the '944 patent was discussed during the prosecution of Amazon's '221 patent, contain the specification of the printed publication and are related through several children patents, such as U.S. Patent No. 8,566,680.

207.    Further, the Data Coding Patents and the technology they relate to are disclosed on the webpage https://www.primosstoragetechnology.com/technology.php.[210]

208.    Amazon was thus aware of the Data Coding Patents family and disclosures. On information and belief, Amazon has long known of or willfully blinded itself to the existence of each of the Data Coding Patents.

209.    Additionally, Amazon knows how its products operate, and on information and belief, Amazon investigated the '944 patent and its infringement of the Data Coding Patents Accused Products. Amazon has been given further notice of the '944 patent and its infringement of the '944 patent through the filing of this Complaint. On information and belief, Amazon is either knowingly infringing the '944 patent or is willfully blind to its infringement and continues

---

[210] *See* Ex. 64.

to act in wanton disregard of Primos Storage's patent rights.

210. Despite becoming aware of or willfully blinding itself to its infringement of the '944 patent, Amazon has nonetheless continued to engage in and has escalated its infringing activities by continuing to develop, advertise, make available, and use the infringing functionalities of the Data Coding Patents Accused Products. On information and belief, Amazon has made no attempts to design around the '944 patent or otherwise stop its infringing behavior.

211. Amazon's infringement of the '944 patent therefore has been and remains willful.

212. Amazon also indirectly infringes the '944 patent by inducing others to infringe and contributing to the infringement of others, including third party users of the Data Coding Patents Accused Products in this District and throughout the United States. As described above, on information and belief, Amazon has long known about the Data Coding Patents.

213. On information and belief, Amazon has actively induced the infringement of the '944 patent under 35 U.S.C. § 271(b) by actively inducing the infringement of the Data Coding Patents Accused Products by third parties in the United States. Amazon knew or was willfully blind to the fact that its conduct would induce these third parties to act in a manner that infringes the '944 patent in violation of 35 U.S.C. § 271(a).

214. Amazon actively encouraged and continues to actively encourage third parties to directly infringe the '944 patent by, for example, marketing the Data Coding Patents Accused Products and infringing functionalities to consumers; working with consumers to implement, install and/or operate the Data Coding Patents Accused Products and infringing functionalities; fully supporting and managing consumers' continuing use of the Data Coding Patents Accused

Products and infringing functionalities; and providing technical assistance to consumers during their continued use of the Data Coding Patents Accused Products and infringing functionalities.[211]

215.    On information and belief, Amazon contributorily infringes the '944 patent under 35 U.S.C. § 217(c) by importing, selling, and/or offering to sell within the United States the Data Coding Patents Accused Products (or components thereof) that constitute a material part of the claimed invention and are not staple articles of commerce suitable for substantial non-infringing use.  For example, the hardware and/or software for encoding and storing data using Amazon S3 and Apache Hadoop on Amazon EMR are material, have no substantial non-infringing uses, and are known by Amazon to be especially made or adapted for use in a manner that infringes the '944 patent.

## COUNT V
## INFRINGEMENT OF U.S. PATENT NO. 8,312,356

216.    Primos Storage incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

217.    Primos Storage is the assignee and lawful owner of all right, title, and interest in and to the '356 patent.  The '356 patent is valid and enforceable.

218.    On information and belief, Amazon has infringed and continues to infringe the '356 patent in violation of 35 U.S.C. § 271(a), either literally or through the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States products and/or

---

[211] *See e.g.,* Exs. 6-7, 14-22, 28-30, 32-33, 35, 37-38, 43, 46-47, 48, at 9:50, 50, 51; Ex. 68, *HDFS configuration*, AWS, https://docs.aws.amazon.com/emr/latest/ReleaseGuide/emr-hdfs-config.html (last accessed Nov. 12, 2025); Ex. 75, *Amazon EMR architecture and service layers*, AWS, https://docs.aws.amazon.com/emr/latest/ManagementGuide/emr-overview-arch.html (last accessed Nov. 12, 2025) (citing Ex. 76, *HDFS Users Guide*, APACHE HADOOP, https://hadoop.apache.org/docs/stable/hadoop-project-dist/hadoop-hdfs/HdfsUserGuide.html (last updated Aug. 20, 2025)).

methods that practice at least claims 17 and 20 of the '356 patent, including with respect to the Data Coding Patents Accused Products.  Amazon's infringement dates from at least six years prior to the filing of this Complaint and is ongoing.  On information and belief, in relevant respects for the Data Coding Patents Accused Products, Amazon.com and AWS acted in concert with one another.

219.    During the infringing time period, the Data Coding Patents Accused Products met and meet every limitation of at least claims 17 and 20 of the '356 patent, which recite:

17. A system of processing data comprising:
one or more non-transitory computer readable media including a transformation component, the computer readable media having computer readable instructions for causing at least one processor to:
   process H groups of data from H discrete output data streams generated from W data inputs, produced from input data;
   process the W data inputs via a transformation process using Galois field operations and a generator matrix characterized as being invertible in all subsets encounterable during recovery of the input data, wherein H ≥ W and the transformation process includes:
      for each of the W inputs, producing an H-sized intermediary;
      combining all H-sized intermediaries into one H-sized result; and
      processing the one H-sized result into the H discrete output data streams; and
   distribute the H output data streams between a first processing component and at least one second processing component;
wherein the W data inputs are recoverable via a recovery process capable of producing the W data inputs from any W members of the H output data streams.

20. The system of claim 17 wherein the system is configured to apply a check value to one or more of the H output data streams and/or the W input data streams or any prior data stream.

220.    For example, Amazon S3 is a system that processes data and operates on non-transitory computer readable media (e.g., memory) and through computer readable instructions (e.g., software) that includes a transformation component that causes at least one processor to transform data into a format from which the data is recoverable.  Amazon S3 uses erasure coding

to transform data into a format from which the data is recoverable [212]



221.    Amazon S3 produces W data inputs from input data.  Amazon S3 breaks data objects (or parts of very large data objects) into chunks of data.[213]

---

[212] *See* Ex. 18, at 8:40; Ex. 38, at 11.

[213] *See* Ex. 18, at 8:46; Ex. 38, at 9-10.





222.    Amazon S3 generates H discrete output data streams from the W data inputs via application of the W data inputs to one or more transforming components that perform a transformation process using Galois field operations and a generator matrix having a matrix

structure characterized as being invertible in all subsets of the matrix structure encounterable during recovery operations of the input data, wherein H≥W.  On information and belief, Amazon S3 performs erasure coding using Reed-Solomon algorithms that leverage Galois field operations and matrices that are invertible in all subsets.  Amazon S3 is thus able to generate an arbitrary number of parity shards to create a total number of shards H such that it can recover its W data inputs with a recovery matrix using any W number of the shards.[214]



223.    Amazon S3 produces an H-sized intermediary for each of the W inputs and combines all H-sized intermediaries into one H-sized result.  On information and belief, to improve the performance of erasure coding, Amazon S3 first performs operations that result in an H-sized intermediary for all W inputs and then combines them into an H-sized result.  This is consistent with high performance implementations of erasure coding, such as the Intel Intelligent Storage

---

[214] *See* Ex. 18, at 8:46; Ex. 38, at 9-11; Ex. 8, at 7 (citing Ex. 65).

Acceleration Library (ISA-L).[215]

224.    Amazon S3 processes the one H-sized result into the H discrete output data streams and distributes the H output data streams between a first processing component and at least one second processing component.  Amazon S3 completes its transformation of the W data inputs to create H shards, which are stored on various disks across the S3 system.[216]  "When a customer puts an object in Amazon S3, we erasure code it into small little chunks, and we spread it as far— as wide as we can.  What does it mean?  Well, we distribute data obviously on different hard drives."



225.    Amazon S3 recovers the data via the recovery process, wherein the recovery process is capable of producing the W data inputs from any W members of the H output data streams.  "S3 uses Erasure Coding (EC).  It's a complex data protection method which breaks data

---

[215] *See* Ex. 52, at 1; *infra*, Count V.
[216] *See* Ex. 38, at 14; Ex. 18, at 9:53.

into K shards with M redundant 'parity' shards.  EC allows you to recover the data from any K shards out of the total K+M total shards.  e.g. break data into 10 fragments, add 6 parity shards. You can lose up to 6 shards."[217]  "You can assemble your original object from any 7 of the shards. You can take all of the primary ones.  You can take all of the parity ones and mix in a couple of primary ones and so on.  You have some choices."[218]

226.     Additionally, Amazon S3 applies a check value to one or more of the H output data streams and/or the W input data streams or any prior data stream.  "Amazon S3 has always verified the integrity of object uploads by calculating checksums when objects reach our servers, before they are written to multiple storage devices.  Once your data is stored in Amazon S3, it continually monitors data durability over time with periodic integrity checks of data at rest."[219]  Amazon S3 thus creates checksums for data objects, which are data streams that precede the W input data streams, as well as the H output data streams.[220]  "The checksum is created the moment the object is uploaded, and it is preserved throughout the lifespan of the object."[221]

---

[217] *See* Ex. 8, at 7.

[218] *See* Ex. 18, at 8:46.

[219] *See* Ex. 41, at 1.

[220] *See* Ex. 38, at 20; Ex. 18, at 19:53.

[221] Ex. 66, at 1.



227.    As another example, Hadoop Distributed File System ("HDFS" or "Hadoop") (including Apache Hadoop on Amazon EMR) is a system that processes data operating on non-transitory computer readable media (e.g., memory) and through computer readable instructions (e.g., software) that includes a transformation component that causes at least one processor to transform data into a format from which the data is recoverable.  Hadoop uses erasure coding to securely transform data into a format from which the data is recoverable.[222]

> There are many applications and execution engines in the Hadoop ecosystem, providing a variety of tools to match the needs of your analytics workloads. Amazon EMR makes it easy to create and manage fully configured, elastic clusters of Amazon EC2 instances running Hadoop and other applications in the Hadoop ecosystem.

---

[222] *See* Ex. 20, at 1-2; Ex. 52, at 1.

## Purpose

Replication is expensive – the default 3x replication scheme in HDFS has 200% overhead in storage space and other resources (e.g., network bandwidth). However, for warm and cold datasets with relatively low I/O activities, additional block replicas are rarely accessed during normal operations, but still consume the same amount of resources as the first replica.

Therefore, a natural improvement is to use Erasure Coding (EC) in place of replication, which provides the same level of fault-tolerance with much less storage space. In typical Erasure Coding (EC) setups, the storage overhead is no more than 50%. Replication factor of an EC file is meaningless. It is always 1 and cannot be changed via -setrep command.

## Background

In storage systems, the most notable usage of EC is Redundant Array of Inexpensive Disks (RAID). RAID implements EC through striping, which divides logically sequential data (such as a file) into smaller units (such as bit, byte, or block) and stores consecutive units on different disks. In the rest of this guide this unit of striping distribution is termed a striping cell (or cell). For each stripe of original data cells, a certain number of parity cells are calculated and stored – the process of which is called encoding. The error on any striping cell can be recovered through decoding calculation based on surviving data and parity cells.

Integrating EC with HDFS can improve storage efficiency while still providing similar data durability as traditional replication-based HDFS deployments. As an example, a 3x replicated file with 6 blocks will consume 6*3 = 18 blocks of disk space. But with EC (6 data, 3 parity) deployment, it will only consume 9 blocks of disk space.

228.    Hadoop produces W data inputs from input data.  Hadoop breaks data files into chunks of data.[223]



229.    Hadoop generates H discrete output data streams from the W data inputs via application of the W data inputs to one or more transforming components that perform a transformation process using Galois field operations and a generator matrix having a matrix

---

[223] *See* Ex. 67, at 1.

structure characterized as being invertible in all subsets of the matrix structure encounterable during recovery operations of the input data, wherein H≥W.  On information and belief, Hadoop performs erasure coding using Reed-Solomon algorithms that leverage Galois field operations and matrices that are invertible in all subsets.  Hadoop is thus able to generate parity shards and create a total number of shards H such that it can recover its W data inputs using any W number of the shards.[224]

Obviously this 3x replication policy has 200% of extra storage (overhead on top of what is needed to just store the data) which is very expensive from a storage side perspective. However, there is a big improvement in reducing the storage overhead by introducing Erasure Coding (EC) in Hadoop 3. EC has a similar concept of RAID 5/6. With EC data blocks are not replicated instead some parity blocks are generated based on the given data blocks using the Reed-Solomon (RS) algorithm [5]. In the case of DNs failures, parity information is used to reconstruct the failed data blocks. The next figure shows the EC scheme structure:

Initially, the given file data is striped into cells. Then the stripe is distributed to N data chunks where the stripe cell size and the size of the data chunks are configurable. Afterwards, K parity chunks are generated based on the N data chunks. Although the number of data chunks and parity chunks can be set up manually, there are 3 supported EC policies based on the RS(N,K) algorithm parameters where (N,K) = (# of data blocks, # of parity blocks) in Hadoop 3, namely, RS(3, 2), RS(6, 3) and RS(10, 4). Let us suppose EC RS(6,3) is applied to a cluster's dataset. Then we should have at least 9 physical servers in the cluster in order to tolerate 3 machine failures. It is recommended to have at least (N+K) servers in the cluster. The main differences between those 3 EC policies are as follows:

---

[224] *See* Ex. 67, at 1 (citing Ex. 65).

| Replication Policy | Additional Storage Cost | Fault Tolerance |
|---|---|---|
| RS(3,2) | 66% | 2 |
| RS(6,3) | 50% | 3 |
| RS(10,4) | 40% | 4 |
| 3x replication | 200% | 2 |

230.    Hadoop produces an H-sized intermediary for each of the W inputs and combines all H-sized intermediaries into one H-sized result.  On information and belief, to improve the performance of erasure coding, Hadoop first performs operations that result in an H-sized intermediary for all W inputs and then combines them into an H-sized result.  This is consistent with high performance implementations of erasure coding, such as the Intel Intelligent Storage Acceleration Library (ISA-L).[225]

- **Intel ISA-L** Intel ISA-L stands for Intel Intelligent Storage Acceleration Library. ISA-L is an open-source collection of optimized low-level functions designed for storage applications. It includes fast block Reed-Solomon type erasure codes optimized for Intel AVX and AVX2 instruction sets. HDFS erasure coding can leverage ISA-L to accelerate encoding and decoding calculation. ISA-L supports most major operating systems, including Linux and Windows. ISA-L is not enabled by default. See the instructions below for how to enable ISA-L.

---

[225] *See* Ex. 52, at 1-2; *see also* Ex. 69; Ex. 70; Ex. 74, at 2.

## ⊞ Enable Intel ISA-L

HDFS native implementation of default RS codec leverages Intel ISA-L library to improve the encoding and decoding calculation. To enable and use Intel ISA-L, there are three steps.

1. Build ISA-L library. Please refer to the official site "https://github.com/01org/isa-l/ ⇗" for detail information.
2. Build Hadoop with ISA-L support. Please refer to "Intel ISA-L build options" section in "Build instructions for Hadoop" in (BUILDING.txt) in the source code.
3. Use `-Dbundle.isal` to copy the contents of the `isal.lib` directory into the final tar file. Deploy Hadoop with the tar file. Make sure ISA-L is available on HDFS clients and DataNodes.

To verify that ISA-L is correctly detected by Hadoop, run the `hadoop checknative` command.

```
97     /*******************************************************************
98      *
99      * The DataStreamer class is responsible for sending data packets to the
100     * datanodes in the pipeline. It retrieves a new blockid and block locations
101     * from the namenode, and starts streaming packets to the pipeline of
102     * Datanodes. Every packet has a sequence number associated with
103     * it. When all the packets for a block are sent out and acks for each
104     * if them are received, the DataStreamer closes the current block.
105     *
106     * The DataStreamer thread picks up packets from the dataQueue, sends it to
107     * the first datanode in the pipeline and moves it from the dataQueue to the
108     * ackQueue. The ResponseProcessor receives acks from the datanodes. When an
109     * successful ack for a packet is received from all datanodes, the
110     * ResponseProcessor removes the corresponding packet from the ackQueue.
111     *
112     * In case of error, all outstanding packets are moved from ackQueue. A new
113     * pipeline is setup by eliminating the bad datanode from the original
114     * pipeline. The DataStreamer now starts sending packets from the dataQueue.
115     *
116     *******************************************************************/
```

231.    Hadoop processes the one H-sized result into the H discrete output data streams and distributes the H output data streams between a first processing component and at least one second processing component.  Hadoop completes its transformation of the W data inputs to create H

blocks, which are stored on various disks across the DataNodes in the Hadoop cluster.[226]

# Deployment

## ⊡ Cluster and hardware configuration

Erasure coding places additional demands on the cluster in terms of CPU and network.

Encoding and decoding work consumes additional CPU on both HDFS clients and DataNodes.

Erasure coding requires a minimum of as many DataNodes in the cluster as the configured EC stripe width. For EC policy RS (6,3), this means a minimum of 9 DataNodes.

Erasure coded files are also spread across racks for rack fault-tolerance. This means that when reading and writing striped files, most operations are off-rack. Network bisection bandwidth is thus very important.

For rack fault-tolerance, it is also important to have enough number of racks, so that on average, each rack holds number of blocks no more than the number of EC parity blocks. A formula to calculate this would be (data blocks + parity blocks) / parity blocks, rounding up. For EC policy RS (6,3), this means minimally 3 racks (calculated by (6 + 3) / 3 = 3), and ideally 9 or more to handle planned and unplanned outages. For clusters with fewer racks than the number of the parity cells, HDFS cannot maintain rack fault-tolerance, but will still attempt to spread a striped file across multiple nodes to preserve node-level fault-tolerance. For this reason, it is recommended to setup racks with similar number of DataNodes.

232.    Hadoop recovers the data via the recovery process, wherein the recovery process is capable of producing the W data inputs from any W members of the H output data streams. Hadoop has erasure coding replication policies that create a certain number (W) of data chunks and a certain number parity chunks, such that a recovery matrix can be applied to any subset of W of the chunks to recover the input data.[227]  Hadoop uses Reed-Solomon Erasure Codes, where the generator matrix and the recovery matrix are based on the mathematical inverse of one another.[228]

---

[226] *See* Ex. 52, at 1-2; Ex. 67, at 1-2.

[227] *See* Ex. 67, at 1-2.

[228] *See* Ex. 65, at 3-5, 6-8; *see also* Ex. 71.

| Replication Policy | Additional Storage Cost | Fault Tolerance |
|---|---|---|
| RS(3,2) | 66% | 2 |
| RS(6,3) | 50% | 3 |
| RS(10,4) | 40% | 4 |
| 3x replication | 200% | 2 |

```
110     int gf_invert_matrix(unsigned char *in_mat, unsigned char *out_mat, const int n)
111     {
112         int i, j, k;
113         unsigned char temp;
114
115         // Set out_mat[] to the identity matrix
116         for (i = 0; i < n * n; i++) // memset(out_mat, 0, n*n)
117             out_mat[i] = 0;
118
119         for (i = 0; i < n; i++)
120             out_mat[i * n + i] = 1;
121
122         // Inverse
123         for (i = 0; i < n; i++) {
124             // Check for 0 in pivot element
125             if (in_mat[i * n + i] == 0) {
126                 // Find a row with non-zero in current column and swap
127                 for (j = i + 1; j < n; j++)
128                     if (in_mat[j * n + i])
129                         break;
```

233.    Additionally, Hadoop applies a check value to one or more of the H output data streams and/or the W input data streams or any prior data stream.  HDFS uses checksums for input data files, as well as input and output data blocks.[229]

---

[229] *See* Ex. 45; Ex. 72.

Internally, HDFS smartly utilizes checksum for data integrity. A checksum is a small-sized datum derived from a block of digital data for the purpose of detecting errors. HDFS calculates/computes checksums for each data block and eventually stores them in a separate hidden file in the same HDFS namespace. HDFS uses 32-bit Cyclic Redundancy Check (CRC32) as the default checksum algorithm because of 4 bytes long and less than 1% storage overhead. Similarly verifies checksums while reading data from the data nodes. If there is a discrepancy or error in the checksum value, the exception 'CheckSumException' will be thrown to the client during retrieval of data for processing. 512 bytes is the default value.

Once data blocks are received by data nodes in the multi-node cluster, they compute and store checksum as well before storing the data in the disk. And would be compared with stored one in the data nodes while the client read the data. Besides, every individual data node maintains a persistent log of checksum verification to keep track of when the last verification occurred on each data block. Programmatically, we can disable the checksum verification while submitting a job to the cluster. Using Apache Hadoop 3.1, a comparison of checksums of a file stored in HDFS can be done with the locally stored file. Please read at https://issues.apache.org/jira/browse/HDFS-13056.

**org.apache.hadoop.util**

# Class DataChecksum

java.lang.Object
    └ `org.apache.hadoop.util.DataChecksum`

**All Implemented Interfaces:**
    Checksum

---

```
public class DataChecksum
extends Object
implements Checksum
```

This class provides inteface and utilities for processing checksums for DFS data transfers.

234.     On information and belief, and for all the reasons above, Amazon has infringed and continues to infringe the '356 patent.

235.     On information and belief, to the extent applicable, Primos Storage has complied with 35 U.S.C. § 287(a) with respect to the '356 patent.

236.     On information and belief, Amazon has long known about the Data Coding Patents.

On July 25, 2012, Amazon filed patent application number 13/558,070, which issued on January 13, 2015 as U.S. Patent No. 8,935,221 ("the '221 patent"). During the prosecution of the '221 patent, the printed publication number 2009/0204859, which corresponds to the Primos Storage patent application that issued as the '944 patent, was identified as prior art and analyzed.

237. The '944 and '356 patents, which had both issued when the printed publication corresponding to the '944 patent was discussed during the prosecution of Amazon's '221 patent, contain the specification of the printed publication and are related through several children patents, such as U.S. Patent No. 8,566,680.

238. Further, the Data Coding Patents and the technology they relate to are disclosed on the webpage https://www.primosstoragetechnology.com/technology.php.[230]

239. Amazon was thus aware of the Data Coding Patents family and disclosures. On information and belief, Amazon has long known of or willfully blinded itself to the existence of each of the Data Coding Patents.

240. Additionally, Amazon knows how its products operate, and on information and belief, Amazon investigated the '356 patent and its infringement of the Data Coding Patents Accused Products. Amazon has been given further notice of the '356 patent and its infringement of the '356 patent through the filing of this Complaint. On information and belief, Amazon is either knowingly infringing the '356 patent or is willfully blind to its infringement and continues to act in wanton disregard of Primos Storage's patent rights.

241. Despite becoming aware of or willfully blinding itself to its infringement of the '356 patent, Amazon has nonetheless continued to engage in and has escalated its infringing activities by continuing to develop, advertise, make available, and use the infringing functionalities

---

[230] *See* Ex. 64.

of the Data Coding Patents Accused Products.  On information and belief, Amazon has made no attempts to design around the '356 patent or otherwise stop its infringing behavior.

242.    Amazon's infringement of the '356 patent therefore has been and remains willful.

243.    Amazon also indirectly infringes the '356 patent by inducing others to infringe and contributing to the infringement of others, including third party users of the Data Coding Patents Accused Products in this District and throughout the United States.  As described above, on information and belief, Amazon has long known about the Data Coding Patents.

244.    On information and belief, Amazon has actively induced the infringement of the '356 patent under 35 U.S.C. § 271(b) by actively inducing the infringement of the Data Coding Patents Accused Products by third parties in the United States.  Amazon knew or was willfully blind to the fact that its conduct would induce these third parties to act in a manner that infringes the '356 patent in violation of 35 U.S.C. § 271(a).

245.    Amazon actively encouraged and continues to actively encourage third parties to directly infringe the '356 patent by, for example, marketing the Data Coding Patents Accused Products and infringing functionalities to consumers; working with consumers to implement, install and/or operate the Data Coding Patents Accused Products and infringing functionalities; fully supporting and managing consumers' continuing use of the Data Coding Patents Accused Products and infringing functionalities; and providing technical assistance to consumers during their continued use of the Data Coding Patents Accused Products and infringing functionalities.[231]

246.    On information and belief, Amazon contributorily infringes the '356 patent under 35 U.S.C. § 217(c) by importing, selling, and/or offering to sell within the United States the Data

---

[231] *See e.g.,* Exs. 6-7, 14-22, 28-30, 32-33, 35, 37-38, 43, 46-47, 48, at 9:50, 50-51, 68, 75 (citing Ex. 76).

Coding Patents Accused Products (or components thereof) that constitute a material part of the claimed invention and are not staple articles of commerce suitable for substantial non-infringing use. For example, the hardware and/or software for encoding and storing data using Amazon S3 and Apache Hadoop on Amazon EMR are material, have no substantial non-infringing uses, and are known by Amazon to be especially made or adapted for use in a manner that infringes the '356 patent.

## DEMAND FOR JURY TRIAL

247.    Primos Storage hereby demands a jury trial on its claims for patent infringement and any and all issues triable of right before a jury.

## PRAYER FOR RELIEF

WHEREFORE, Primos Storage prays for judgment as follows:

A.    That Amazon infringes the '663, '528, '344, '944, and '356 patents;

B.    That such infringement is willful;

C.    That Amazon and its respective officers, directors, agents, partners, servants, employees, attorneys, licensees, successors, and assigns, and those in active concert or participation with any of them, be permanently enjoined from engaging in infringing activities with respect to the '944 and '356 patents;

D.    An award of a mandatory future royalty payable on each act of infringement by Amazon of the '944 and '356 patents—if injunctive relief is not granted—with respect to the accused products, and on all acts of infringement with respect to products that are not colorably different from products found to infringe;

E.    That Amazon be required to pay Primos Storage's damages in an amount adequate to compensate Primos Storage for Amazon's infringement, but in no event less than a reasonable

royalty under 35 U.S.C. § 284, including supplemental damages for any continuing post-verdict infringement up until entry of judgment and beyond, with accounting, as needed;

F.      That Primos Storage be awarded all statutory and actual damages to which it is entitled, including the profits reaped by Amazon through its unlawful conduct, and prejudgment and post-judgment interest;

G.      That Primos Storage be awarded enhanced damages, up to and including trebling of the damages awarded to Primos Storage, including pursuant to 35 U.S.C. § 284;

H.      That Primos Storage be awarded recovery of the costs of this suit, including reasonable attorneys' fees; and

I.      That Primos Storage be awarded such other and further relief as this Court deems just and proper.

Dated: December 30, 2025                    Respectfully submitted,

Of Counsel:                                 FARNAN LLP

Jaime F. Cardenas-Navia                     */s/ Michael J. Farnan*
Sean McCarthy                               Brian E. Farnan (Bar No. 4089)
Jeremiah Collins                            Michael J. Farnan (Bar No. 5165)
REICHMAN JORGENSEN LEHMAN &                 919 North Market Street, 12th Floor
FELDBERG LLP                                Wilmington, DE 19801
400 Madison Avenue, Suite 14D               (302) 777-0300
New York, NY 10017                          bfarnan@farnanlaw.com
Telephone: (212) 381-1965                   mfarnan@farnanlaw.com
Facsimile: (650) 623-1449
jcardenas-navia@reichmanjorgensen.com
smccarthy@reichmanjorgensen.com             *Attorneys for Plaintiff Primos Storage*
jcollins@reichmanjorgensen.com              *Technology LLC*