IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRIMOS STORAGE TECHNOLOGY LLC,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC., and<br>AMAZON WEB SERVICES, INC.,<br><br>Defendants. | C.A. No. 25-cv-1571-CFC |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jaime F. Cardenas-Navia, Sean McCarthy, and Jeremiah Collins of Reichman Jorgensen Lehman & Feldberg LLP to represent Plaintiff Primos Storage Technology LLC in this matter.

Dated: January 7, 2026

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Primos Storage Technology LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted X to the Clerk's Office upon the filing of this motion.

Date: January 7, 2026     /s/ Jaime F. Cardenas-Navia
                                                   Jaime F. Cardenas-Navia
                                                   REICHMAN JORGENSEN LEHMAN &
                                                   FELDBERG LLP
                                                 400 Madison Avenue, Suite 14D
                                                 New York, NY 10017
                                                 Telephone: (212) 381-1965
                                                 Facsimile: (650) 623-1449
                                                 jcardenas-navia@reichmanjorgensen.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted X to the Clerk's Office upon the filing of this motion.

Date: January 7, 2026
        /s/ Sean McCarthy
        Sean McCarthy
        REICHMAN JORGENSEN LEHMAN &
        FELDBERG LLP
        400 Madison Avenue, Suite 14D
        New York, NY 10017
        Telephone: (212) 381-1965
        Facsimile: (650) 623-1449
        smccarthy@reichmanjorgensen.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted X to the Clerk's Office upon the filing of this motion.

Date: January 7, 2026       /s/ Jeremiah Collins
                Jeremiah Collins
                REICHMAN JORGENSEN LEHMAN &
                FELDBERG LLP
                400 Madison Avenue, Suite 14D
                New York, NY 10017
                Telephone: (212) 381-1965
                Facsimile: (650) 623-1449
                jcollins@reichmanjorgensen.com