**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRIMOS STORAGE TECHNOLOGY LLC, | |
| Plaintiff, | C.A. No. 25-1571-JCB |
| v. | |
| AMAZON.COM, INC., AND AMAZON WEB SERVICES, INC., | |
| Defendants. | |

### AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.'S MOTION TO DISMISS

Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (together, "Amazon" or "Defendants") by and through their undersigned counsel, hereby move to dismiss Plaintiffs' First Amended Complaint (D.I. 22) for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  The grounds for this motion are set forth more fully in Amazon's opening brief filed herewith.

OF COUNSEL:

Christina V. Rayburn
HUESTON HENNIGAN LLP
620 Newport Center Drive
Suite 1300
Newport Beach, CA 92660
crayburn@hueston.com
(949) 229-8640

Dated: March 27, 2026

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants*